UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 22-CR-19 |
| v. | : | |
| | : | |
| GREGORY RICHARD PURDY, JR., | : | |
| ROBERT TURNER, and | : | |
| MATTHEW PURDY, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF FILING

For the purpose of illustrating the government's consistent and diligent efforts to produce voluminous discovery materials arising out of the breach of the United States Capitol on January 6, 2021 (the "Capitol Breach"), the government has filed status memoranda describing the efforts of the Capitol Breach Discovery Team on a regular basis since July 2021. We request that those memoranda, attached hereto and listed below, be made part of the record in this case:

1. Memorandum Regarding Status of Discovery as of July 12, 2021 (and Exhibit A);
2. Memorandum Regarding Status of Discovery as of August 23, 2021;
3. Memorandum Regarding Status of Discovery as of September 14, 2021;
4. Memorandum Regarding Status of Discovery as of October 21, 2021; and
5. Memorandum Regarding Status of Discovery as of November 5, 2021.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

| | |
|---|---|
| By:   /s/ *Emily A. Miller* | By:   /s/ Susan T. Lehr |
| EMILY A. MILLER | SUSAN T. LEHR |
| Capitol Breach Discovery Coordinator | Assistant United States Attorney |
| DC Bar No. 462077 | NE Bar No. 19248 |
| 555 Fourth Street, N.W., Room 5826 | 1620 Dodge Street, #1400 |
| Washington, DC 20530 | Omaha, Nebraska 68102 |
| Emily.Miller2@usdoj.gov | Telephone No 402-661-3715 |
| (202) 252-6988 | Email: Susan.Lehr@usdoj.gov |