# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 1:22-cr-19-001;002;003 |
| v. : | |
| MATTHEW PURDY Et Al : | |
| *Defendants*. : | |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Criminal Local Rule 44.1(d), Defendant moves for the admission and appearance of attorney Melissa Isaak, Esq. *pro hac vice* in the above-captioned matter. This motion is supported by the Declaration of Melissa Isaak Esq., filed herewith. As set forth in Ms. Isaak's Declaration, Ms. Isaak is admitted to and in good standing of the following courts and bars: Alabama bar, Florida bar, Middle and Northern District of Alabama, Southern District of Florida.

This motion is supported and signed by Stephen LoGerfo, Esq., an active and sponsoring member of the Bar of this Court.

Accompanying this submission pursuant to the Local Rule is a Letter of Good Standing for Ms. Isaak from the State of Florida, which is attached hereto as Exhibit 2.

Dated: August 17, 2023                     Respectfully submitted,

**LOGERFO LAW**

   /s/ Stephen LoGerfo
Stephen LoGerfo (D.C. Bar No. 1027752)
503 D St NW #300
Telephone: 301-442-2746

Email: logerfolaw@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> v. : <br> : <br> MATTHEW PURDY Et Al : <br> : <br> *Defendants*. : | No. 1:22-cr-19-001;002;003 |

### ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

The Court has reviewed Defendants' Motion for Admission of Attorney Melissa Isaak, Esq. *pro hac vice*. Upon consideration of that motion, the Court grants Melissa Isaak, Esq. *pro hac vice* admission to this Court.

SO ORDERED.

Dated: August____, 2023

_____
Royce Lamberth, Judge
United States District Court
for the District of Columbia

3