IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>GREGORY RICHARD PURDY, JR.,<br>ROBERT TURNER,<br>MATTHEW PURDY,<br><br>             Defendants. | CASE NO. 22-CR-19 (RCL)<br><br>CERTIFICATE OF SERVICE |

I hereby certify that the Government produced case-specific discovery, along with access to Global Discovery Production Numbers 1 through 29, on September 26, 2023, to the following:

Melissa Isaak
melissa@protectingmen.com

Counsel for Defendants Gregory Purdy, Jr., Matthew Purdy and Robert Turner

This additional discovery and global discovery was produced to Ms. Isaak through USAfx. Attached is the correspondence and list of case-specific documents provided on this date to Ms. Isaak, describing the discovery provided on this date. The undersigned counsel also provided Ms. Isaak with a copy of the Court's Protective Order, ECF No. 21, and a comprehensive letter describing Global Discovery Production Numbers 1 through 29.

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    */s/ Lynnett M. Wagner*  
          LYNNETT M. WAGNER
          Nebraska Bar No. 21606
          Assistant United States Attorney
          601 D Street, N.W.
          Washington, D.C. 20530
          Tel: (402) 661-3700
          Email: lynnett.m.wagner@usdoj.gov