

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

September 26, 2023

*Delivered via email:* melissa@protectingmen.com

Melissa Isaak
2815-B Zelda Road
Montgomery, AL 36106

      Re:    *United States v. Matthew Purdy, Gregory Purdy, Jr. and Robert Turner*
              Case No. 1:22-CR-19

Dear Ms. Isaak:

      Thank you for talking with me yesterday regarding this matter.  I understand that you have already received the case specific discovery that was provided to Defendants' counsel in this case.  At this time, I am producing additional case-specific discovery in this case.  This additional discovery contains additional videos of Defendants and an additional serial report from the case agent.  This information is in addition to the case specific discovery already provided in this case to prior counsel for each defendant.  This additional discovery is being provided to you via a USAfx box, entitled "US v Gregory Purdy et al, defense counsel".

      The additional discovery being provided to contains the following materials:

1. A 302 report by FBI SA Nathaniel Kullmann re: open source resources;
2. Copies of 37 files containing open source videos (list attached 1a); and
3. An external trace report of open source videos regarding actions by defendants at the U.S. Capitol on January 6, 2021;
4. Five additional open source video files showing defendants or others' actions at the U.S. Capitol at a location where defendants were observed (list attached 1b).

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government will facilitate access to these materials through two databases: evidence.com and Relativity. If you do not have access to these databases, let me know. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

The discovery is being provided via a USAfx box. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

This material is subject to the terms of the Protective Order issued in this case.

In addition, I have provided you access to Global Discovery. Please note that much of this Global Discovery is being provided pursuant to a Protective Order that has been entered in this case, ECF No. 21. I have attached to this letter a copy of the Protective Order. In addition, I have attached a comprehensive summary of the Government's Global Discovery Productions, numbers 1 through 29.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

      I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

                                               Sincerely,

                                               */s/ Lynnett M. Wagner*
                                               Lynnett M. Wagner
                                               Assistant United States Attorney

Attachments (3)

Attachment 1a. Open Source videos from external trace report

| Name | Date | Type | Size |
|---|---|---|---|
| Capitol Riots Raw Footage _ __Journalistic Purposes Only__.mp4 | 8/23/2023 10:37 AM | MP4 Video | 690,239 KB |
| EMOLLI_MVI_2382-003.MP4 | 8/23/2023 11:03 AM | MP4 Video | 9,744,848 KB |
| exhibit-85-1-bodycam-footage-from-officer-owais-akhtar-socialtodown.com.webm | 8/23/2023 11:33 AM | WEBM Video File (... | 1,023,923 KB |
| httpsarchive.orgdetails2L6ybvJHnXX2g7RrP.mpeg4 | 8/3/2023 1:21 PM | MPEG4 Video File ... | 1,264,928 KB |
| httpsarchive.orgdetails5GqoRwjD3YNqKLB5Y5GqoRwjD3YNqKLB5Y.jpg.jpg | 8/3/2023 10:20 AM | JPG File | 148 KB |
| httpsarchive.orgdetails58mDXv6CWXB2pvNQE.mp4 | 8/2/2023 9:18 AM | MP4 Video | 73,070 KB |
| httpsarchive.orgdetailsanthonypumaex5.mp4 | 8/3/2023 12:45 PM | MP4 Video | 735,423 KB |
| httpsarchive.orgdetailsCcWoDMZenyzdxzy5p.mp4 | 8/2/2023 9:42 AM | MP4 Video | 520,279 KB |
| httpsarchive.orgdetailsDZ7CnoNLN7cLMXPJr.mp4 | 8/1/2023 12:35 PM | MP4 Video | 286,566 KB |
| httpsarchive.orgdetailsHwXPM4ngfiGHc4N3X.mp4 | 8/1/2023 12:21 PM | MP4 Video | 23,491 KB |
| httpsarchive.orgdetailsLYC9gnXqYfmyusS7q.mp4 | 8/3/2023 10:12 AM | MP4 Video | 4,727 KB |
| httpsarchive.orgdetailsreB5bKJqLN2t9Drhj.mp4 | 8/1/2023 12:25 PM | MP4 Video | 27,478 KB |
| httpsarchive.orgdetailssysu9EE2iXj23hgt9.mp4 | 8/1/2023 12:17 PM | MP4 Video | 26,926 KB |
| httpsarchive.orgdetailsuDfmCnJeuZ5XdLXLt.mp4 | 8/3/2023 11:37 AM | MP4 Video | 970,977 KB |
| httpsarchive.orgdetailsuJTDmLdxjfWRxay2s.mp4 | 8/1/2023 2:45 PM | MP4 Video | 41,725 KB |
| httpsarchive.orgdetailsWoLDnQNyd8pbTCiwo.mp4 | 8/1/2023 1:03 PM | MP4 Video | 377,237 KB |
| httpsarchive.orgdetailsX5sBpTyiRQypjGJRQ.mp4 | 8/1/2023 11:08 AM | MP4 Video | 13,300 KB |
| httpsarchive.orgdetailsX7itx6jhHrh4QrWdK.mp4 | 8/1/2023 12:45 PM | MP4 Video | 27,456 KB |
| httpsarchive.orgdetailszpNEfu32nF2irm9Fu.mp4 | 8/3/2023 9:20 AM | MP4 Video | 112,620 KB |
| httpsarchive.orgdownload6u8pBq4eDQBThpyoaFB_20210106_135438.mpeg4.mpeg4 | 8/1/2023 11:58 AM | MPEG4 Video File ... | 2,046,909 KB |
| httpsarchive.orgdownload8gCfqaxjcchipZ6rLgoodlionfilms_trim_FC1A0E.mpeg4.mpeg4 | 8/3/2023 12:52 PM | MPEG4 Video File ... | 66,268 KB |
| httpsarchive.orgdownloadHR8ywzS6Nq5Wdepm8HR8ywzS6Nq5Wdepm8.mpeg4.mpeg4 | 8/1/2023 1:12 PM | MPEG4 Video File ... | 34,191 KB |
| httpsarchive.orgdownloadL4iNkQzKADzMfriDHDJI_20210106_120425_172_v.mpeg4.mpeg4 | 8/3/2023 2:09 PM | MPEG4 Video File ... | 148,063 KB |
| httpsarchive.orgdownloadweDfs3DXCYRMLR4tQweDfs3DXCYRMLR4tQ.mkv.mkv | 8/3/2023 10:13 AM | MKV Video | 6,506 KB |
| httpsarchive.orgdownloadZHmrrwZep8ftWW2jgInside_the_2021_Storming_.mpeg4.mpeg4 | 8/2/2023 10:58 AM | MPEG4 Video File ... | 3,398,552 KB |
| httpspropublica-data-j6cases-videos.s3.us-east-.mp4 | 8/3/2023 10:08 AM | MP4 Video | 126,843 KB |
| httpsrumble.comv29wy6w-exhibit-81-2-bodycam-footage-from-officer-luke-foskett.html.mp4 | 9/25/2023 5:40 PM | MP4 Video | 402,307 KB |
| httpsweb.archive.orgweb20210110174722httpsvideo.parler.comStkJStkJb205ViGR.mp4.mp4 | 8/3/2023 9:30 AM | MP4 Video | 33,223 KB |
| httpsweb.archive.orgwebsubmiturl=httpsvideo.parler.comZjhgZjhgZ73go6US.mp4.mp4 | 8/1/2023 2:29 PM | MP4 Video | 46,318 KB |
| httpsweb.archive.orgwebsubmiturl=httpsvideo.parler.comzT8jzT8j36zQNFGb.mp4.mp4 | 8/3/2023 10:23 AM | MP4 Video | 67,990 KB |
| httpswww.shutterstock.comeditorialimage-editorialprotrump-supporters-breach-the-uscapitol-.PNG | 8/1/2023 12:14 PM | PNG image | 1,740 KB |
| Photographer, Brendan Gutenschwager, shares video of siege on the US Capitol.mp4 | 8/23/2023 10:38 AM | MP4 Video | 365,716 KB |
| REEL_ The Capitol Siege - January 6th - RAW FOOTAGE.mp4 | 8/23/2023 10:41 AM | MP4 Video | 1,151,837 KB |
| Trump Supporters Storm Capitol Building during January 6 Insurrection - 4K Footage.mp4 | 8/23/2023 10:38 AM | MP4 Video | 405,859 KB |
| y2mate.com - The Jan 6 mob wants the enemy to know exactly whos coming after them  Opinion_1080p.mp4 | 8/23/2023 10:56 AM | MP4 Video | 155,859 KB |
| y2mate.is - DC January 6th-rGjz4SJ1Pwl-720p-1692805106.mp4 | 8/23/2023 10:38 AM | MP4 Video | 15,190 KB |

Attachment 1b. Additional Open Source videos

| Name | Date modified | Type | Size |
|---|---|---|---|
| Exhibit 3.MOV | 1/6/2021 1:13 PM | QuickTime Movie | 127,735 KB |
| s8XNIAskWNvi_cvt.mp4 | 7/1/2021 4:02 PM | MP4 Video | 10,110 KB |
| StkJb205ViGR_cvt.mp4 | 7/1/2021 5:23 PM | MP4 Video | 8,192 KB |
| uirfdmQz0pcF_cvt.mp4 | 7/1/2021 4:03 PM | MP4 Video | 29,696 KB |
| Video 3.mp4 | 5/24/2023 3:51 PM | MP4 Video | 448,096 KB |