**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : : : : : : : : : : | No. 22-cr-19-02-RCL |
| v. |  |  |
| MATTHEW PURDY, |  |  |
| *Defendant*. |  |  |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, Christopher Macchiaroli, Esq., counsel for Defendant Matthew Purdy, hereby moves to withdraw as counsel for Mr. Purdy in this matter. Mr. Purdy has stated that he would like to be represented by Melissa Isaak, rather than undersigned counsel. Melissa Isaak, who has been granted *pro hac vice* admission, will continue as counsel for Mr. Purdy in this matter.

Dated: October 17, 2023                                   Respectfully submitted,

                                                                              /s/ Christopher Macchiaroli
                                                                        Christopher Macchiaroli (D.C. Bar No. 491825)
                                                                        Silverman|Thompson|Slutkin|White, LLC
                                                                        1750 K Street, NW, Suite 810
                                                                        Washington, D.C. 20006
                                                                        Telephone: (202) 539-2444
                                                                        Facsimile:  (410) 547-2432
                                                                        Email: cmacchiaroli@silvermanthompson.com

                                                                        *Counsel for Defendant Matthew Purdy*