**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 22-cr-19-02-RCL |
| v. : | |
| MATTHEW PURDY, : | |
| *Defendant*. : | |

**ORDER**

Upon consideration of Defense counsel's Motion to Withdraw as Counsel, there being good cause shown, it is hereby ORDERED that the motion is granted.

Dated: October ____, 2023.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE