IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATE OF AMERICA** | * | |
| | * | |
| v. | * | Case No.: 1:22-CR-19-002 (RCL) |
| | * | |
| **MATTHEW PURDY Et Al,** | * | |
| Defendant. | * | |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Melissa Isaak of the Isaak Law Firm joining as Counsel for the Counsel for the Defendants, Matthew Purdy, Gregory Purdy, Jr., and Richard Turner in the above-captioned matter. Counsel has been retained to represent the Defendants.

I certify that I have been admitted to practice in this Court *pro hac vice* by earlier order of this Court.

Respectfully submitted,

/s/ Melissa Isaak
Melissa Isaak*
*Admitted Pro Hac Vice*
P.O. Box 4894
Montgomery, AL 36103
T: (334) 262-8200
F: (334) 819-4072
Email: Melissa@ProtectingMen.com
*Attorney for the Defendants*

*Admitted Pro Hac Vice on August 18, 2023. *Barred in the States of Alabama and Florida. Not admitted to the D.C. Bar. Practicing under the supervision of Stephen LoGerfo member of D.C. Bar (D.C. Bar No.: 1027752).*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the 24th day of October, 2023, the foregoing Notice of Appearance for Melissa Isaak was served upon all counsel of record via the Court's electronic filing system (CM/ECF), which serves all counsel of record.

                  /s/ Melissa Isaak
                  Melissa Isaak