IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATE OF AMERICA**           * | |
| * | |
| v.           * | Case No.: 1:22-CR-19-002 (RCL) |
| * | |
| **MATTHEW PURDY Et Al,**           * | |
| **Defendant.**           * | |

### REPLY TO UNITED STATES OF AMERICA'S RESPONSE TO DEFENDANTS' MOTION TO WITHDRAW AS COUNSEL

In response to the United States Attorney for the District of Columbia's responsive motion, the Underisnged attorney for the Defendants files this reply in support of the Motions to withdraw. In support thereof, the Undersigned would respectfully state as follows:

1. The Undersigned was permitted permission for admission *pro hac vice* on August 18, 2023.

2. The Undersigned was under the impression, based upon the representation of her staff member, that the same had been successfully filed and was unaware of the omission of her notice of appearance on behalf of the Defendants until the responsive motion was filed.

3. Should the Court require further explanation, including an affidavit from the Undersigned's staff member, who was under the impression that the same had been successfully filed, the same will be supplied.

4. The Undersigned avers that the omission was both inadvertent and has since been remedied.

**WHEREFORE**, premises considered, the Undersigned requests, on behalf of the Defendants that the motions to withdraw be granted and that litigation proceed.

Respectfully submitted,

/s/ Melissa Isaak
Melissa Isaak*
*Admitted Pro Hac Vice*
P.O. Box 4894
Montgomery, AL 36103
T: (334) 262-8200
F: (334) 819-4072

Email: Melissa@ProtectingMen.com
*Attorney for the Defendants*

*Admitted Pro Hac Vice on August 18, 2023. Barred in the States of Alabama and Florida. Not admitted to the D.C. Bar. Practicing under the supervision of Stephen LoGerfo member of D.C. Bar (D.C. Bar No.: 1027752).*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of October, 2023, the foregoing Reply to United States of America's Response to Defendants' Motion to Withdraw as Counsel to was served upon all counsel of record via the Court's electronic filing system (CM/ECF), which serves all counsel of record.

/s/ Melissa Isaak
Melissa Isaak