**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

\

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:22-CR-19-RCL-001 |
| : | |
| : | |
| **GREGORY RICHARD PURDY,** *et al* : | |
| : | |
| **Defendants.** : | |

## MOTION TO ADOPT

NOW COMES MATTHEW PURDY, defendant herein, and files his Motion to Adopt Motions, Objections and Requests of his co-defendants, and would show unto the Court the following:

**I.**

Defendant is indicted along with two co-defendants.

**II.**

Defendant desires to adopt all applicable motions, objections, and requests made by his co-defendants, as if they were his own, in order to obviate the need to duplicate such motions and objections when he would benefit by them.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that the Court allow him to adopt the motions, objections, and requests for instructions made by his co-defendants.

Respectfully submitted,

/s/Melissa L. Isaak, Esq_____
Melissa L. Isaak
Alabama Bar Number: 4872-A59I
Florida Bar Number:  54668
Admitted pro hac vice
2815 Zelda Road, Suite B
Montgomery, AL. 36106
334-282-8200
Melissa@Protectingmen.com
*Counsel for Matthew Purdy*