19UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY RICHARD PURDY, JR.,<br>MATTHEW PURDY, and<br>ROBERT TURNER,<br><br>Defendants. | Case No: 1:22-CR-00019-RCL |

## OBJECTION TO EXHIBITS AND WITNESS LIST FILED BY THE UNITED STATES OF AMERICA

Pending the motion to withdraw and under the Rule of Professional Responsibility, the undersigned files this Objection to the Exhibits and Witness List provided to the undersigned by the United States of America on March 28, 2024.

1. On February 29, 2024, this Court entered a Schedule Order wherein the parties were directed to disclose a witness list as well as exchange a list of exhibits to be used in their case-in-chief by March 28, 2024. The parties are to file any objections by today's date.

2. Some of the exhibits listed were <u>only provided to counsel in the last eight days</u>. Further, the United States has continued to withhold pertinent information from the Defense, as counsel continues to receive information as recent as yesterday. This intentional withholding has prejudiced the Defendants in their ability to form an exhibit and witness list, as well as their ability to properly defend themselves in this action.

3. Additionally, the Governments Exhibit List uses only generic names such as "Video, Re Pepper Spray", "Post, re Stop the Steal", "Video, in car" – it is impossible to identify and adequately determine whether said materials are objectionable.

WHEREFORE, PREMISES CONSIDERED, the Defendants object to each and every exhibit and witness disclosed by the United States.

Respectfully Submitted,

/s/Melissa L. Isaak, Esq._____
Melissa L. Isaak
Alabama Bar Number:  4872-A59I
Florida Bar Number:  54668
Admitted pro hac vice
2815 Zelda Road, Suite B
Montgomery, AL 36106
334-262-8200
Melissa@ProtectingMen.com