UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) CASE NO.: 1:22-CR-19-RCL-001 |
| GREGORY RICHARD PURDY, *et al* | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT MATTHEW PURDY'S WAIVER OF PERSONAL APPEARANCE AND REQUEST TO APPEAR REMOTELY**

COMES NOW, the Defendant **MATTHEW PURDY** and his counsel, **MELISSA L ISAAK**, who both formally waive the right of the Defendant and counsel to appear in person for Defendant Matthew Purdy's Arraignment. The Defendant, who resides in the State of New York, acknowledges receipt of the Superseding Indictment and requests that the Defendant be permitted to appear virtually. Defendant Matthew Purdy will be entering a plea of NOT GUILTY to all charges. Undersigned counsel will appear remotely from Montgomery, Alabama.

WHEREFORE, the Defendant and his counsel moves this Court to allow MATTHEW PURDY to waive his right to be present and to appear virtually for the arraignment.

I, MATTHEW PURDY, have read the foregoing and affirm that it is true and correct.

By: /s/ 
Matthew Purdy

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of May, 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of filing.

Respectfully Submitted,

/s/ Melissa L. Isaak, Esq.
Ala. Bar No. AL-4872-A59I
Fl. Bar No. 54668
Admitted Pro Hac Vice
2815 Zelda Road, Suite B
Montgomery, AL 36106
334-262-8200
Melissa@Protectingmen.com