## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) CASE NO.: 1:22-CR-19-RCL-001 |
| GREGORY RICHARD PURDY, *et al* | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT MATTHEW PURDY'S MOTION TO ADOPT THE MOTIONS TO CONTINUE, RESPONSE TO GOVERNMENT'S MOTION IN LIMINE, ROBERT TURNER'S SUPPLEMENTAL JUROR QUESTIONNAIRE, DEFENDANT GREGORY PURDY'S REQUESTED JURY INSTRUCTION #1, WITNESS LIST BY GREGORY R. PURDY AND EXHIBIT LIST BY GREGORY PURDY AND WITNESS AND EXHIBIT LIST OF MATTHEW PURDY**

COMES NOW, the Defendant **MATTHEW PURDY** and his counsel, **MELISSA L ISAAK**, and files this Motion to Adopt his co-Defendant's Motion to Continue, the Response to the Government's Motion in Limine, ECF #137, Defendant Purdy's Requested Jury Instruction #1, Witness List and Exhibit Lists of Gregory Purdy and Robert Turner and Witness List and Exhibit List of Matthew Purdy and offers as follows:

Defendant Mathew Purdy adopts the above referenced motions by his co-defendants and further discloses the following witness and exhibit list:

| Exhibit No. | Description of Exhibit | Offered | Admitted/Witness |
|---|---|---|---|
| 01 | Video of people freely walking in Capitol | | |
| 02 | Video of Matthew vacating area | | |
| 03 | Video of Matthew in Crowd | | |
| 04 | Video of Matthew being pushed | | |
| 05 | Video of Walking into building | | |
| 06 | Video of Walking toward building | | |
| 07 | Video of Matthew Walking toward building | | |

| 08 | Timeline of Events (per testimony) | | |
|---|---|---|---|

Defendant reserves the right to amend this exhibit list.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of May, 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of filing.

Respectfully Submitted,

/s/ Melissa L. Isaak, Esq.
Ala. Bar No. AL-4872-A59I
Fl. Bar No. 54668
Admitted Pro Hac Vice
2815 Zelda Road, Suite B
Montgomery, AL 36106
334-262-8200
Melissa@Protectingmen.com