## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | Case No: 22-CR-19 (RCL) |
| | : | |
| **GREGORY RICHARD PURDY, JR.,** | : | |
| **MATTHEW PURDY, and** | : | |
| **ROBERT TURNER,** | : | |
| | : | |
| **Defendants.** | : | |

## PROPOSED VOIR DIRE

1. This is a criminal case entitled *United States v. Gregory Richard Purdy, Jr., Matthew Purdy, and Robert Turner.*

2. Two of the defendants—Gregory Purdy and Robert Turner—are charged with Civil Disorder; Assaulting, Resisting, or Impeding Certain Officers; Obstruction of an Official Proceeding; Engaging in Physical Violence in a Restricted Building or Grounds; and Act of Physical Violence in the Capitol Grounds or Buildings.  Furthermore, all three defendants— Gregory Purdy, Matthew Purdy and Robert Turner—are charged with Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Building; and Parading, Demonstrating, or Picketing in a Capitol Building. Do you know or have you heard anything about this specific case?

3. The Government in this case is represented by AUSAs Lynnett M. Wagner and Kyle M. McWaters.  They will be assisted by paralegal Rachel Marcelin and Federal Bureau of Investigations Special Agent Michael Jeng.  The defendant Gregory Richard Purdy, Jr. is a resident of New York and is represented by attorneys Melissa Isaak and Dylan George Barket.

Matthew Purdy is a resident of New York and is represented by attorney Melissa Isaak.  Robert Turner is a resident of California and is represented by attorneys Melissa Isaak and George T. Pallas.  Do you know any of these people?

4.  [Each side will introduce its witnesses by name, general area of residence, and employment.] Do you know any of the witnesses who have been introduced to you?

5.  Do you know anyone else in the courtroom, including myself or any of the other members of the jury panel?

6.  Have you, any of your immediate family, or your close personal friends, ever worked for or with an office that handles prosecution or law enforcement? By "prosecution," I mean government agencies such as the United States Attorney's Office, a district attorney's office, or an attorney general's office. By "law enforcement," I mean government agencies like state and local police departments; the Metropolitan Police Department; the Federal Bureau of Investigation, also known as the FBI; the Department of Justice; the U.S. Marshal's Service; the Bureau of Alcohol, Tobacco, Firearms, and Explosives, also known as the ATF; the Internal Revenue Service; the U.S. Secret Service; the CIA; Park Police, and the Department of Homeland Security, or any other law-enforcement agency?

7.  Have you, or any of your immediate family, or your close friends, ever done any work for or with any person or organization that does criminal defense work, such as the Federal Defender's Office, the Public Defender's office, defense attorneys, or a private law firm? This question also includes work as a private investigator.

8.  Have you, members of your immediate family, or your close personal friends ever gone to law school, worked as a lawyer, or worked in a law office?

9.  Do you, members of your immediate family, or your close personal friends live or work

2

in or near the U.S. Capitol?

10. Do you have any difficulty reading, speaking, or understanding English?

11. There will be testimony from police officers and other law enforcement agents in this case. I will be instructing the jury at the end of this trial that the testimony of a law enforcement witness should be treated the same as testimony of any other witness and that the jury should not give either greater or lesser weight to the testimony of a law enforcement witness. Is there any reason you would not be able to follow that instruction?

12. If you are selected as a juror in this case, I will instruct you to avoid all media coverage, including radio, television, podcasts, and social media, and not to use the internet with regard to this case for any purpose. That is, you will be forbidden from reading newspaper articles about this case, listening to radio and podcast stories about this case, watching TV news about this case, googling this case, blogging or tweeting about this case, or reading or posting comments about this case on any social media sites. Do you have any reservations or concerns about your ability or willingness to follow this instruction?

13. Jurors are the sole judges of the facts. However, the jury must follow the principles of law as instructed by the judge. The jury may not follow some rules of law and ignore others. Even if the jury disagrees or dislikes the rules of law or does not understand the reasons for some of the rules, it is their duty to follow them. Do you have any personal beliefs that would make it difficult to follow the Court's legal instructions, whatever they may be?

14. If you are selected as a juror in this case, you must be able and willing to discuss the facts of the case and the law as I will state it to you with your fellow jurors. Do any of you feel that you will lack the ability or be unwilling to engage in discussions about the case during jury deliberations at the conclusion of the evidence in this case?

15. If you are selected as a juror in this case, you must be able to make your own decisions about whether the government has proven the offenses the defendant is charged with committing. Do you feel that you will not have the ability to make your own independent decisions about whether the government has proven that the defendant is guilty in this case beyond a reasonable doubt?

16. Have you had any unpleasant experiences with the police, a prosecutor, or other law enforcement, whether here in D.C. or elsewhere, that would make it difficult for you to be a fair juror in this trial?

17. Have you had any unpleasant experiences with a defense attorney or defense investigator, whether here in D.C. or elsewhere, that would make it difficult for you to be a fair juror in this trial?

18. This case is being prosecuted following an investigation, in part, by the FBI.  Do you have strong feelings about the FBI or any other law enforcement agency, whether positive or negative, that would affect your ability to render a fair and impartial verdict in this case?

19. Have you, or any of your immediate family, close personal friends, ever been the victim of or a witness to a crime? By "crime" here I mean something other than parking or speeding tickets.

20. Have you, or any of your family, close friends, or household members, ever been arrested for, charged with, been convicted of a crime? By "crime" here I mean something other than parking or speeding tickets.

21. Have you had an experience with law enforcement, or any person associated with or employed by the United States Attorney's Office or the Court or the criminal justice system, which would make it difficult for you to be a fair or impartial juror in this case?

4

22. Have any of you had an experience as a member of a grand jury or as a juror in a previous trial? If so, is there anything about that experience that makes you feel you could not give either the defendant or the government a fair trial in this case?

23. Do you or someone close to you have any personal or professional connection to events that occurred at the U.S. Capitol on January 6, 2021?

24. As you sit here, do you have an opinion about the defendant's guilt or innocence in this case?

25. Would serving as a juror in this case be an extreme hardship to you? We expect this trial may last one week.

26. Do you have a health or physical problem that would make it difficult to serve on this jury?

27. Are you taking any medication that might impair your ability to sit as a juror in this case?

28. Do you have any problems with your hearing or your eyesight that would prevent you from watching and comprehending videos, or seeing still photographs, displayed on a television screen here in the courtroom?

29. Do you have any religious, moral, or philosophical beliefs that would affect your ability to sit as a juror in a criminal case and be fair and impartial to both the government and the defendant?

30. Is there any other reason that would make it difficult for you to sit as a juror in this case?