UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CASE NO. 22-cr-19 (RCL) |
| v. | : | |
| | : | |
| **GREGORY RICHARD PURDY**, *et al.*, | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S OBJECTIONS TO DEFENDANT'S EXHIBITS

- Exhibit 1 – Rule 402 (relevance); Rule 403 (confusing, misleading)

- Exhibit 2 – Rule 402 (relevance); Rule 801 (hearsay); Rule 901 (authenticity)

- Exhibit 3 – Rule 402 (relevance); Rule 403 (confusing, misleading, waste of time); Rule 801 (hearsay)

- Exhibit 5 – Rule 402 (relevance); Rule 403 (confusing, misleading, waste of time); Rule 801 (hearsay)

- Exhibit 6 – Rule 402 (relevance); Rule 403 (misleading); Rule 801 (hearsay); Rule 901 (authenticity)

- Exhibit 8 – Rule 402 (relevance); Rule 403 (confusing, misleading, waste of time); Rule 801 (hearsay); Rule 901 (authenticity)

- Exhibit 10 – Rule 402 (relevance); Rule 403 (confusing, misleading, waste of time); Rule 801 (hearsay)

- Exhibit 11 – Rule 402 (relevance); Rule 801 (hearsay)

\*   \*   \*

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:     */s/ Kyle M. McWaters*
        Kyle M. McWaters
        Assistant United States Attorney
        D.C. Bar No. 241625
        601 D Street NW
        Washington, DC 20530
        (202) 252-6983
        kyle.mcwaters@usdoj.gov


        LYNNETT M. WAGNER
        Assistant United States Attorney
        Nebraska Bar No. 21606
        601 D Street NW
        Washington, DC 20530
        (402) 661-3700
        lynnett.m.wagner@usdoj.gov