We use cookies.    Learn More                                                                                                                    Accept

US Law Week
May 1, 2024, 2:30 PM CDT

# DC Trial Judge Laments 'Frustrating' Wait in Capitol Riot Cases

By Suzanne Monyak

- Judge said it's 'frustrating' to wait for Jan. 6 appellate rulings
- Remarks came as high court considers riot case

Senior US District Court Judge Royce Lamberth of the Washington federal trial court expressed frustration at how long lower court judges have waited to receive guidance from appellate courts on how to interpret key statutes in prosecutions against US Capitol rioters.

Speaking Wednesday at an American Bar Association panel, Lamberth, a Ronald Reagan appointee, lamented that it has taken several years for legal challenges that could upend hundreds of Capitol riot prosecutions to make their way to the Washington federal appeals court, and eventually the Supreme Court—all while his court must continue to hold these trials.

"It's been three years, we have hundreds of cases pending, and we still don't have any clear law," said Lamberth, who has served on the US District Court for the District of Columbia since 1987.

Federal prosecutors have charged hundreds of people who stormed the Capitol on Jan. 6, 2021, to block certification of the presidential election under a statute that prohibits obstructing an official proceeding. But the US Court of Appeals for the D.C. Circuit was divided last year when asked to interpret two words in the statute—"corruptly" and "otherwise"—following challenges to the law's usage.

"It's a little frustrating for a mere district judge to find out after we've got hundred of cases finished what the law is," Lamberth said, before adding he should stop talking before he gets in "trouble."

A potential high court ruling that narrows when the statute can be used in these prosecutions could open the door to a flurry of requests from Jan. 6 defendants to be re-sentenced, or even re-tried. The high court heard oral argument in April in one of those cases against former Boston police officer Joseph Fischer. Tim Cone, the attorney who represented the Jan. 6 defendant in the other case over the word "corruptly," moderated Wednesday's panel.

Lamberth's remarks were made as federal judges grapple with how and when to air concerns publicly amid rising threats to the judiciary and an increasingly politicized landscape.

Lamberth, who previously served as chief judge of the DC district court before taking a form of semi-retirement in 2013, drew attention last month when he sharply condemned political violence at the sentencing of a man who had led a charge into police officers at the Capitol riot and then posted his sentencing remarks on the public court docket.

The judge said Wednesday he was motivated to speak out at that sentencing because he was "bothered" by the idea that the public may think that those convicted of misconduct during the Jan. 6 riot were peaceful political protesters.

"You didn't get all the way to the top of the Capitol building without going through police lines, without going through tear gas," Lamberth said, and to paint that picture "is so misleading."

"I couldn't just sit back," Lamberth said.

But he indicated his remarks at the sentencing, which were covered in news reports, had earned him some public scrutiny as well.

"I have to be careful where I go now, and my wife is not happy with me," Lamberth said.

To contact the reporter on this story: Suzanne Monyak at smonyak@bloombergindustry.com

To contact the editors responsible for this story: Seth Stern at sstern@bloomberglaw.com; John Crawley at jcrawley@bloomberglaw.com

© 2024 Bloomberg Industry Group, Inc.   All Rights Reserved