# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) |
| | ) Case No.: 1:22-CR-19-RCL-001 |
| **GREGORY RICHARD PURDY, et al,** | ) |
|     **Defendants.** | ) |

## MATTHEW PURDY'S WAIVER OF PERSONAL APPEARANCE AND REQUEST TO APPEAR REMOTELY

COMES NOW, the Defendant Matthew Purdy and his counsel, Melissa L. Isaak, both who formally waive the right of the Defendant and counsel to appear in person for the May 30th, 2024 hearing. Defendant Purdy, who resides in New York, acknowledges receipt of this motion and requests that he be allowed to appear virtually. Undersigned counsel will appear remotely from Montgomery, Alabama.

WHEREFORE, counsel for the Defendant moves this Court to allow the Defendant to waive his right to be present and to appear virtually.

I, MATTHEW PURDY, have read the foregoing and affirm that it is true and correct.

# CERTIFICATE OF SERVICE

I certify that on this the 27th day of May 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing.

Respectfully submitted,

Melissa L. Isaak, Esq._____
Admitted in Florida and Alabama
Admitted Pro Hac Vice
The Isaak Law Firm
2815 Zelda Road, Suite B
Montgomery, AL. 36106
334-262-8200
Melissa@Protectingmen.com

_____
Matthew Purdy