**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

Case No. 1:22-cr-19-RCL

GREGORY RICHARD PURDY, *et al.*,

*Defendants.*

### MEMORANDUM TO COUNSEL (COURT'S PROPOSED VOIR DIRE AND PRELIMINARY JURY INSTRUCTIONS)

As the parties did not submit a joint proposed voir dire, the Court has prepared a set of questions based on the parties' submissions and its past practice in January 6 trials. The Court expects to read these questions to the venire at the beginning of voir dire, before conducting individualized follow-up questioning for each potential juror. These questions are attached to this Memorandum. The Court will hear any objections at the Pretrial Conference scheduled for May 30. In advance of the conference, the parties shall provide the Court with the names of the witnesses they expect to call.

The Court has also attached its proposed preliminary jury instructions. It will hear any objections at the upcoming Pretrial Conference.

Date: 5/28/24

Royce C. Lamberth
United States District Judge

1