UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

GREGORY RICHARD PURDY, *et al.*,

Defendants.

Case No. 1:22-cr-19-RCL

## MEMORANDUM TO COUNSEL (COURT'S FINAL VOIR DIRE)

To accommodate the concerns expressed by defense counsel at the Pretrial Conference held on May 30, the Court has made the following revisions to its voir dire questions:

- Neutral statement of the case:
    - Previous version: "The United States has alleged that Gregory Richard Purdy, Jr., Matthew Purdy, and Robert Turner committed offenses *relating to Congress's meeting at the United States Capitol on January 6, 2021, to certify the Electoral College vote for president.*"
    - Final version: "The United States has alleged that Gregory Richard Purdy, Jr., Matthew Purdy, and Robert Turner committed offenses *arising out of events occurring at the U.S. Capitol on January 6, 2021.*"
- Question 25:
    - Previous version: "Do you or someone you know have any direct or indirect connection to events at the U.S. Capitol on January 6, 2021?"
    - Revised version: "Do you or someone you know have any direct or indirect connection to events at the U.S. Capitol on January 6, 2021? *In other words, did the events of January 6 personally impact you or someone you know?*"
- Question 32:
    - Previous version: "Do you have strong feelings about persons who do not accept the results of the 2020 Presidential Election that would affect your ability to be a fair and impartial juror?"
    - Final version: "Do you have strong feelings about persons who do not accept the *validity of the* results of the 2020 Presidential Election that would affect your ability to be a fair and impartial juror?"

The Court's final voir dire is attached to this Memorandum.

Date: 5/31/24

Royce C. Lamberth
United States District Judge

1