CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )   Civil/Criminal No.: 22cr019 (RCL)
)
GREGORY RICHARD PURDY, et al )
)

## NOTE FROM JURY

(page 2)
Regarding count 1 on the indictment, the component references, "adversely affected commerce"[...] "and performance of any federally protected function."

(page 9)
However, the jury instructions document references "adversely affected commerce [...] or performance of any federally protected function"

Should the ~~[scribbled]~~ language be AND or OR?

Date: 6-11-24
Time: 10:07

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )   Civil/Criminal No.: 22cr019 (RCL)
)
GREGORY RICHARD PURDY, et al )
)

**NOTE FROM JURY**

Second count (¶ 5 & 6) includes a clause about acts "involve physical contact c̄ the victim and the intent to commit another felony."

Instructions, fifth element is discrepant: "defendant made physical contact... or acted with the intent to commit another felony."

Are both contact and felony required or is only one of the two?

Date: 6-11-24

Time: 10:23

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

GREGORY RICHARD PURDY, et al

Civil/Criminal No.: 22cr019 (RCL)

## NOTE FROM JURY

The jury has now reached a verdict.

Date: 6-11-24
Time: 1:41 PM