1           UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLUMBIA
2

3  UNITED STATES OF AMERICA,        )
                                    )
4           Plaintiff,              )
                                    )
5      vs.                          ) CASE NO. 1:22-cr-00019-RCL
                                    )
6  GREGORY RICHARD PURDY, JR.,      )
   MATTHEW PURDY and ROBERT         )
7  TURNER,                          )
                                    )
8           Defendants.             )
   _____

9

10          TRANSCRIPT OF TRIAL BY JURY - TRIAL DAY 7
      **BEFORE THE HONORABLE ROYCE C. LAMBERTH, DISTRICT JUDGE**
11                  June 11, 2024
               10:41 a.m. - 2:40 p.m.
12                 Washington, DC

13

14 **FOR THE GOVERNMENT:**
      Office of the United States Attorney
15    BY:  LYNNETT WAGNER
      1620 Dodge Street, Suite 1400
16    Omaha, Nebraska 68102
      (402) 661-3700
17
      Office of the United States Attorney
18    BY:  KYLE MORAN McWATERS
      601 D Street, NW
19    Washington, DC 20001
      (918) 902-5977
20

21
   _____
22                   **SONJA L. REEVES**
              **Registered Diplomate Reporter**
23              **Certified Realtime Reporter**
              **Federal Official Court Reporter**
24            333 Constitution Avenue, NW
                 Washington, DC 20001
25      Transcript Produced from the Stenographic Record

**FOR DEFENDANT GREGORY RICHARD PURDY, JR.:**
       Barket Lawyers
       BY:  DYLAN GEORGE BARKET
       66 West Flagler Street, 7th Floor
       Miami, Florida 33130
       (305) 373-6711

**FOR DEFENDANT MATTHEW PURDY:**
       Isaak Law Firm
       BY:  MELISSA LEA ISAAK
       PO Box 4894
       Montgomery, Alabama 36103
       (334) 262-8200

**FOR DEFENDANT ROBERT TURNER:**
       George T. Pallas, P.A.
       BY:  GEORGE T. PALLAS
       2420 Coral Way
       Miami, Florida 33145
       (305) 856-8580

 1              (Call to Order of the Court at 10:41 a.m.)

 2              (Jury absent.)

 3          DEPUTY CLERK:  We are on record in Criminal Case

 4  22-019, *United States versus Defendant One, Gregory Purdy;*

 5  *Defendant Two, Matthew Purdy; and Defendant Three, Robert*

 6  *Turner.*

 7          THE COURT:  I think you have jury note number one.  I

 8  had a draft ready to go for that and then I received jury note

 9  number two.  You have a draft of my proposed response.  Any

10  objection by any party to the proposed response?

11          MR. McWATERS:  Your Honor, no objection.  We would

12  just ask for consistency in the response.  In the second

13  response you added kind of a clarifying statement.  "The

14  government is required to prove either physical contact or

15  acting with intent to commit another felony.  It is not

16  required to prove both."

17          We would ask that you have a similar clarifying

18  sentence at the end of the response to the first note.  So it

19  would be:  "The government is required to prove either that the

20  civil disorder affected article or commodity in commerce or the

21  conduct of performance of any federally protected function.

22  The government is not required to prove both."  Just for

23  consistency sake.

24          THE COURT:  All right.  Defendants have any

25  suggestions?

1          MR. PALLAS:  Yes.  Good morning, Your Honor.  George

2     Pallas on behalf of Robert Turner.

3          Judge, the first part I have no problem except I think

4     it's -- even though they are asking for clarification, I oppose

5     the bold or italicized lettering.  I think the instruction

6     should just be, "Read the instruction."

7          It's either "and/or," "or," you're giving it "or."

8     You don't need to highlight it for them.

9          THE COURT:  That's overruled.

10          MR. PALLAS:  Okay.

11          THE COURT:  Unless you want me to add a sentence

12     explaining that "or" in this.  I think italicizing would show

13     them the difference.

14          MR. PALLAS:  I have two more points.  One is I object

15     to that other language.  I think you should just read the

16     instruction as is.  And you can -- if you're going to

17     highlight, then you're going to highlight.

18          But then my third objection is that I think it's

19     important for Your Honor to note that they must be unanimous on

20     either or.  In other words, they either must be unanimous that

21     it was physical contact or they must be unanimous with the

22     intent to commit another felony and that's the unanimity

23     instruction I gave, ECF 124, which has the Supreme Court case

24     law that says the jury must be unanimous.

25          It's an element of the offense.  It cannot be six

1      people say this and six people say that.  It has to be

2      unanimous as to the element of the offense.

3                  THE COURT:  That request is denied.  Anything else?

4                  MR. PALLAS:  No, Judge.  And the other request for the

5      two -- the additional what the government called clarifying

6      language you're going to put that in also, because we object to

7      that.

8                  THE COURT:  That request is granted.

9                  MR. PALLAS:  Thank you, Judge.

10                 Any other request from Mr. Barket?

11                 MR. BARKET:  Just beyond the specific unanimity, not

12     from me.

13                 THE COURT:  Ms. Isaak?

14                 MS. ISAAK:  No, Judge.

15                 THE COURT:  All right.  I'll sign this and send it as

16     I have it.  Dated at 10:45 a.m.  Court will be in recess.

17                 DEPUTY CLERK:  All rise.

18          (Recessed from 10:46 a.m. to 2:07 p.m.)

19          (Jury present)

20                 THE COURT:  Good afternoon.  You may be seated.  I

21     understand you have a verdict.  If the foreperson would hand

22     the verdict form to the clerk.

23                 You can just hand it to the clerk and I'll explain to

24     the jury how the process works.  I usually do this beforehand.

25     The clerk reads the verdict in open court, and, after that,

1    says does the jury agree with the verdict as just read by the

2    clerk.  Hopefully you all say yes.  Any party can then ask that

3    the jury be polled on the verdict.  If there is a request for a

4    poll of the jury, then the clerk says, "Do you agree with the

5    verdict as just read, Juror No. 1.  Hopefully, No. 1 says

6    "yes."  And then Juror No. 2, and then we go down the line.

7         If anyone says "no," my job is easy and we don't have

8    a unanimous verdict, I ask you to retire to the jury room and

9    continue deliberations until the jury is unanimous.

10        All we're going to do right now is have the clerk read

11   the verdict.  I have to look at it first.

12        (Pause.)

13        THE COURT:  Please read the verdict.

14        DEPUTY CLERK:  In the case of the *United States of*

15   *America versus Gregory Richard Purdy, Jr., et al.*

16        Count 1, obstructing officers during civil disorder in

17   violation of 18 U.S.C. 231(a)(3), verdict as to Gregory Richard

18   Purdy, Jr.:  Guilty.

19        As to Count 2, assaulting, resisting or impeding

20   certain officers in violation of 18 U.S.C. 111(a)(1), verdict

21   as to Gregory Richard Purdy, Jr.:  Guilty.

22        As to Count 3, obstructing officers during civil

23   disorder in violation of 18 U.S.C. 231(a)(3), verdict as to

24   Gregory Richard Purdy, Jr.:  Guilty.

25        As to Count 4, obstructing officers during civil

1  disorder and aiding and abetting in violation of 18 U.S.C.

2  231(a)(3) and (2), verdict as to Gregory Richard Purdy, Jr.:

3  Guilty; verdict as to Robert Turner:  Guilty.

4          As to Count 5, assaulting, resisting or impeding

5  certain officers in violation of 18 U.S.C. 111(a)(1), verdict

6  as to Gregory Richard Purdy, Jr.:  Guilty.

7          As to Count 6, assaulting, resisting or impeding

8  certain officers in violation of 18 U.S.C. 111(a)(1), verdict

9  as to Robert Turner:  Guilty.

10         As to Count 7, obstruction of an official proceeding

11 and aiding and abetting in violation of 18 U.S.C. 1512(c)(2)

12 and 2, verdict as to Gregory Richard Purdy, Jr.:  Guilty;

13 verdict as to Robert Turner:  Guilty.

14         As to Count 8, entering and remaining in a restricted

15 building or grounds in violation of 18 U.S.C. 1752(a)(1),

16 verdict as to Gregory Richard Purdy, Jr.:  Guilty; verdict as

17 to Matthew Purdy:  Not guilty; verdict as to Robert Turner:

18 Guilty.

19         As to Count 9, disorderly and disruptive conduct in a

20 restricted building or grounds in violation of 18 U.S.C.

21 1752(a)(2), verdict as to Gregory Richard Purdy, Jr.:  Guilty;

22 verdict as to Matthew Purdy:  Not guilty; verdict as to Robert

23 Turner:  Guilty.

24         As to Count 10, engaging in physical violence in a

25 restricted building or grounds in violation of 18 U.S.C.

1752(a)(4), verdict as to Gregory Richard Purdy, Jr.:  Guilty;

verdict as to Robert Turner:  Guilty.

As to Count 11, disorderly conduct in a Capitol

building in violation of 40 U.S.C. 5104(e)(2)(D), verdict as to

Gregory Richard Purdy, Jr.:  Guilty; verdict as to Matthew

Purdy:  Guilty; verdict as to Robert Turner:  Guilty.

As to Count 12, act of physical violence in the

Capitol grounds or buildings in violation of 40 U.S.C.

5104(e)(2)(F), verdict as to Gregory Richard Purdy, Jr.:

Guilty; verdict as to Robert Turner:  Guilty.

As to Count 13, parading, demonstrating or picketing

in a Capitol building in violation of 40 U.S.C. 5104(e)(2)(G),

verdict as to Gregory Richard Purdy, Jr.:  Guilty; verdict as

to Matthew Purdy:  Guilty; verdict as to Robert Turner:

Guilty.

Does the jury agree with the verdict as it has just

been read; if so, say yes.

(All jurors answer yes.)

THE COURT:  Request for poll?

MR. PALLAS:  Yes, Your Honor.

THE COURT:  The jury will be polled.

DEPUTY CLERK:  Members of the jury, as your number is

called, please indicate if your individual verdict is the same

as that just announced; if it is, please answer yes.  If it is

not, please answer no.

```
 1   BY THE DEPUTY CLERK:
 2   Q    Juror No. 1?
 3   A    Yes.
 4   Q    Juror No. 2?
 5   A    Yes.
 6   Q    Juror No. 3?
 7   A    Yes.
 8   Q    Juror No. 4?
 9   A    Yes.
10   Q    Juror No. 5?
11   A    Yes.
12   Q    Juror No. 6?
13   A    Yes.
14   Q    Juror No. 7?
15   A    Yes.
16   Q    Juror No. 8?
17   A    Yes.
18   Q    Juror No. 9?
19   A    Yes.
20   Q    Juror No. 10?
21   A    Yes.
22   Q    Juror No. 11?
23   A    Yes.
24   Q    Juror No. 12?
25   A    Yes.
```

1          DEPUTY CLERK:  The jury has been polled, Your Honor,

2    and the verdict is unanimous.

3          THE COURT:  On behalf of the Court and the community,

4    I want to thank you very much for your service in this case.

5    At this time, if you wait in the jury room for just a moment,

6    I'll come in and shake each of your hands and thank you before

7    you're dismissed for the day.  You may be excused at this time.

8        (Jury absent)

9          THE COURT:  I'll take a short recess, and, after I do

10   that, I'll come back and discuss the status of the defendants

11   and schedule further proceedings.

12       (Recessed from 2:16 p.m. to 2:27 p.m.)

13         THE COURT:  The current requirement from probation is

14   for a report to be 90 days, so we'll have to go to the week

15   of -- the week after September 9th.  So counsel available

16   probably like September 20th for sentencing?

17         We might do the 19th for Matthew at 12:30 p.m. and

18   then the following day at 12:30 p.m. for the other two

19   defendants.  Does that work for counsel?

20         MR. BARKET:  Judge, it doesn't work for me.  I will be

21   in China.  I get back October 15th.

22         THE COURT:  When do you go?

23         MR. BARKET:  I go August 24th through October 15th,

24   it's about a month and a half long.

25         THE COURT:  Two months?

1          MR. BARKET:  About a month and a half, Your Honor.

2          THE COURT:  I think we would have to do October 18th

3     then at 1:00 p.m.

4          1:00 p.m. on October 18th.  Does that work for

5     everybody else?

6          MR. PALLAS:  That's fine with me, Your Honor.

7          MS. WAGNER:  That works for the government.

8          MR. BARKET:  Thank you, Your Honor.

9          THE COURT:  I'll do all three defendants that day.

10    October 18th at 12:30 p.m.  Okay.

11         The defendant Matthew Purdy, because these are

12    misdemeanors and not necessarily subject to any further, he'll

13    just be continued on the same conditions.

14         As to the other two defendants, what's the

15    government's request?

16         MS. WAGNER:  Your Honor, the government would request,

17    pursuant to Title 18 U.S.C. Section 3143(a)(1) that the

18    defendants be detained.  The Court, under that provision, shall

19    order that a person who has been found guilty of an offense be

20    detained unless the Court finds by clear and convincing

21    evidence that the person in not likely to flee or pose a danger

22    to the safety of any other person.

23         At this point, the presumption is for detention.  It

24    is the defendants' burden to show that they are not likely to

25    be a flight risk or danger to the community.

1    In this case, the Court should detain Defendants

2    Gregory Richard Purdy, Jr. and Robert Turner.

3    Understanding that it is the defense burden at this

4    point in time, would the Court prefer that I proceed with the

5    government's statement or have the defendants testify?

6    THE COURT:  You can proceed.

7    MS. WAGNER:  Defendants Gregory Richard Purdy, Jr. and

8    Robert Turner are now convicted of multiple felonies, including

9    assaulting officers, obstructing officers during a civil

10   disorder and obstructing an official proceeding by taking acts

11   against the peaceful transfer of power and the certification of

12   a presidential election.

13   The defendants have been convicted of crimes, which,

14   while not technically crimes of violence, were committed using

15   violent force and show a complete lack of disregard for law

16   enforcement and the rule of law.

17   These convictions increase the risk that the

18   defendants pose to the community and their flight risk now that

19   they face a significant period of incarceration.

20   Further, the evidence shows that Robert Turner and

21   Gregory Purdy celebrated their actions against officers in the

22   hours and days following January 6th.  They expressed

23   statements that what they did was fine and further violence is

24   justified.  They have failed to recognize the gravity of their

25   actions and have minimized their actions against officers and

1    the democratic process.

2            And there is another election coming up in a few

3    months.  Gregory Purdy was violent on January 6th, and on

4    January 7th, he expressed his willingness to commit further

5    violence by stating, quote, "Today was a mostly peaceful event,

6    but, you know what, if our democracy is still not respected

7    after today, we might need to go 1776 on their ass because

8    that's our duty," end quote.  And that's from Exhibit

9    No. 440.1.

10            Therefore, due to their convictions on crimes, on

11    felonies, the lack of remorse, the defendants pose an increased

12    risk of danger to the community and an increased risk of

13    flight.  They cannot show by clear and convincing evidence that

14    Gregory Richard Purdy and Robert Turner are neither a threat to

15    the community nor a flight risk.  Therefore, this Court should

16    detain them.  Thank you.

17            THE COURT:  Mr. Barket first.

18            MR. BARKET:  Judge, I would disagree with the

19    government.  The government admits that no crimes of violence

20    were committed.

21            The government mentions another election is coming up.

22    Sentencing is on October 18th, before that election.  The

23    government says there is a lack of remorse, but it's impossible

24    to know.  They only have evidence of January 6th.

25            I would point out Mr. Purdy never violated any terms.

He's a first-time offender.  He's never been arrested.  He was never arrested in the entire time this case was pending.  He didn't have any issues with law enforcement.  He's always passed his drug test.  He's always appeared.  He's a business owner and an entrepreneur.  I have his passport with me.  I'm happy to turn that over to the Court.

He has family ties and ties to the community.  He's not a dual citizen.  He does not pose a danger to anyone.  Normally, if someone poses a danger, they have issues during the trial or during the period the trial is pending.  That couldn't be further from the truth.

I would also just point out that his family lives in New York.  He doesn't own any homes anywhere else in the world.  I have his passport, Your Honor, and, obviously, it needs to be turned over.

I also spoke with Mr. Purdy.  If the government is so concerned, Mr. Purdy said he would be willing to wear an ankle monitor and pay for any cost associated with that.

For those reasons, we think Mr. Purdy should be free pending his sentencing.

THE COURT:  Mr. Pallas?

MR. PALLAS:  Yes, Your Honor.  Judge, I respect the jury's verdict.  I disagree with it, obviously, but Your Honor has been here, you have done many cases, and there has been really a lot more violence committed by some of these January 6

1    people than these guys, and particularly Robert Turner.  Robert

2    Turner, remember, was not involved with the interaction really

3    with Officer Gbatu or he wasn't involved with the interaction

4    on the upper west terrace with the bike rack.  And, yeah, he

5    followed his nephew, you know, into the crowd and immediately

6    went back and didn't do anything the rest of the day.

7         So okay, there is contact with the officers.  Okay, I

8    got it, and I'm not dismissing it, but none of them claimed any

9    type of injury, none of them claimed -- they barely remembered

10   it.  The video showed it and they showed it, and they go,

11   "Yeah, that's the guy and that's me and that's what happened."

12        So I suggest -- he's Bob the Plumber.  He's a solid

13   blue collar guy that has a job that works.  It's just not

14   something to take him -- to pull him out of that environment,

15   you know, pending sentencing I think is not -- I think it's the

16   wrong decision, so I would ask that his bond status remain the

17   same pending sentencing.

18        THE COURT:  All right.  The Court is not convinced by

19   clear and convincing evidence that the poor judgment the

20   defendants exercised at that time has not continued to be poor,

21   so the defendants Gregory Purdy and Turner will be remanded and

22   they will be held pending sentencing.

23        I do want to state to counsel also that under our

24   local rules, the jurors have already been dismissed, but you

25   cannot speak to jurors without the Court's permission under our

1    local rules.  If you seek permission, you have to have the

2    Court's authorization.  In cases where the verdict has been

3    returned, I almost never give it.  I do give it when there is

4    not a verdict because it sometimes helps counsel figure out

5    whether they want to have a new trial or what reasons were

6    being explored during deliberations, but other than that, I

7    normally don't give it and I don't think I have in the last ten

8    years anyway.

9        But just so you know that, because there was a recent

10   incident in one of these January cases where counsel asked a

11   member of the court staff if they could talk to the jurors and

12   did, and my court staff all knows now that I don't ever approve

13   it, and they thought that was the Court's approval, I don't.

14       But since you all are from out of town, I want you to

15   know about that.

16       MR. PALLAS:  Does that include if a juror would happen

17   to seek us out and approach us?

18       THE COURT:  If you talk to a juror at all without my

19   permission, it will be a violation of the local rules and it

20   will be contempt.

21       MR. PALLAS:  If someone approaches us, we would tell

22   them, "No, that's the judge's rule."

23       THE COURT:  Court will be in recess.

24       DEPUTY CLERK:  All rise.

25       (Proceedings concluded at 2:40 p.m.)

CERTIFICATE

I, Sonja L. Reeves, Federal Official Court Reporter in and for the United States District Court of the District of Columbia, do hereby certify that the foregoing transcript is a true and accurate transcript from the original stenographic record in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 30th day of June, 2024.


                                   /s/ Sonja L. Reeves
                              SONJA L. REEVES, RDR-CRR
                              FEDERAL OFFICIAL COURT REPORTER

## /

**/s** [1] - 17:8

## 1

**1** [4] - 6:5, 6:16, 9:2
**10** [2] - 7:24, 9:20
**10:41** [2] - 1:11, 3:1
**10:45** [1] - 5:16
**10:46** [1] - 5:18
**11** [3] - 1:11, 8:3, 9:22
**111(a)(1** [3] - 6:20, 7:5, 7:8
**12** [2] - 8:7, 9:24
**124** [1] - 4:23
**12:30** [3] - 10:17, 10:18, 11:10
**13** [1] - 8:11
**1400** [1] - 1:15
**1512(c)(2** [1] - 7:11
**15th** [2] - 10:21, 10:23
**1620** [1] - 1:15
**1752(a)(1** [1] - 7:15
**1752(a)(2** [1] - 7:21
**1752(a)(4** [1] - 8:1
**1776** [1] - 13:7
**18** [11] - 6:17, 6:20, 6:23, 7:1, 7:5, 7:8, 7:11, 7:15, 7:20, 7:25, 11:17
**18th** [4] - 11:2, 11:4, 11:10, 13:22
**19th** [1] - 10:17
**1:00** [2] - 11:3, 11:4
**1:22-cr-00019-RCL** [1] - 1:5

## 2

**2** [5] - 6:6, 6:19, 7:2, 7:12, 9:4
**20001** [2] - 1:19, 1:24
**2024** [2] - 1:11, 17:6
**20th** [1] - 10:16
**22-019** [1] - 3:4
**231(a)(3** [3] - 6:17, 6:23, 7:2
**2420** [1] - 2:9
**24th** [1] - 10:23
**262-8200** [1] - 2:7
**2:07** [1] - 5:18
**2:16** [1] - 10:12
**2:27** [1] - 10:12
**2:40** [2] - 1:11, 16:25

## 3

**3** [2] - 6:22, 9:6
**305** [2] - 2:3, 2:10
**30th** [1] - 17:6
**3143(a)(1** [1] - 11:17
**33130** [1] - 2:3
**33145** [1] - 2:10
**333** [1] - 1:24
**334** [1] - 2:7
**36103** [1] - 2:6
**373-6711** [1] - 2:3

## 4

**4** [2] - 6:25, 9:8
**40** [3] - 8:4, 8:8, 8:12
**402** [1] - 1:16
**440.1** [1] - 13:9
**4894** [1] - 2:6

## 5

**5** [2] - 7:4, 9:10
**5104(e)(2)(D** [1] - 8:4
**5104(e)(2)(F** [1] - 8:9
**5104(e)(2)(G** [1] - 8:12

## 6

**6** [3] - 7:7, 9:12, 14:25
**601** [1] - 1:18
**66** [1] - 2:2
**661-3700** [1] - 1:16
**68102** [1] - 1:16
**6th** [3] - 12:22, 13:3, 13:24

## 7

**7** [3] - 1:10, 7:10, 9:14
**7th** [2] - 2:2, 13:4

## 8

**8** [2] - 7:14, 9:16
**856-8580** [1] - 2:10

## 9

**9** [2] - 7:19, 9:18
**90** [1] - 10:14
**902-5977** [1] - 1:19
**918** [1] - 1:19
**9th** [1] - 10:15

## A

**a.m** [4] - 1:11, 3:1, 5:16, 5:18
**abetting** [2] - 7:1, 7:11
**above-entitled** [1] - 17:4
**absent** [2] - 3:2, 10:8
**accurate** [1] - 17:3
**act** [1] - 8:7
**acting** [1] - 3:15
**actions** [3] - 12:21, 12:25
**acts** [1] - 12:10
**add** [1] - 4:11
**added** [1] - 3:13
**additional** [1] - 5:5
**admits** [1] - 13:19
**affected** [1] - 3:20
**afternoon** [1] - 5:20
**agree** [3] - 6:1, 6:4, 8:16
**aiding** [2] - 7:1, 7:11
**al** [1] - 6:15
**Alabama** [1] - 2:6
**almost** [1] - 16:3
**America** [1] - 6:15
**AMERICA** [1] - 1:3
**ankle** [1] - 14:17
**announced** [1] - 8:24
**answer** [3] - 8:18, 8:24, 8:25
**anyway** [1] - 16:8
**appeared** [1] - 14:4
**approach** [1] - 16:17
**approaches** [1] - 16:21
**approval** [1] - 16:13
**approve** [1] - 16:12
**arrested** [2] - 14:1, 14:2
**article** [1] - 3:20
**ass** [1] - 13:7
**assaulting** [4] - 6:19, 7:4, 7:7, 12:9
**associated** [1] - 14:18
**Attorney** [2] - 1:14, 1:17
**August** [1] - 10:23
**authorization** [1] - 16:2
**available** [1] - 10:15
**Avenue** [1] - 1:24

## B

**barely** [1] - 15:9

**Barket** [3] - 2:1, 5:10, 13:17
**BARKET** [7] - 2:2, 5:11, 10:20, 10:23, 11:1, 11:8, 13:18
**BEFORE** [1] - 1:10
**beforehand** [1] - 5:24
**behalf** [2] - 4:2, 10:3
**beyond** [1] - 5:11
**bike** [1] - 15:4
**blue** [1] - 15:13
**Bob** [1] - 15:12
**bold** [1] - 4:5
**bond** [1] - 15:16
**Box** [1] - 2:6
**building** [5] - 7:15, 7:20, 7:25, 8:4, 8:12
**buildings** [1] - 8:8
**burden** [2] - 11:24, 12:3
**business** [1] - 14:4
**BY** [7] - 1:10, 1:15, 1:18, 2:2, 2:5, 2:9, 9:1

## C

**cannot** [4] - 4:25, 13:13, 15:25
**Capitol** [3] - 8:3, 8:8, 8:12
**Case** [1] - 3:3
**CASE** [1] - 1:5
**case** [5] - 4:23, 6:14, 10:4, 12:1, 14:2
**cases** [3] - 14:24, 16:2, 16:10
**celebrated** [1] - 12:21
**certain** [3] - 6:20, 7:5, 7:8
**CERTIFICATE** [1] - 17:1
**certification** [1] - 12:11
**Certified** [1] - 1:23
**certify** [1] - 17:3
**China** [1] - 10:21
**citizen** [1] - 14:8
**civil** [5] - 3:20, 6:16, 6:22, 6:25, 12:9
**claimed** [2] - 15:8, 15:9
**clarification** [1] - 4:4
**clarifying** [3] - 3:13, 3:17, 5:5
**clear** [3] - 11:20, 13:13, 15:19
**clerk** [6] - 5:22, 5:23, 5:25, 6:2, 6:4, 6:10

**CLERK** [7] - 3:3, 5:17, 6:14, 8:22, 9:1, 10:1, 16:24
**collar** [1] - 15:13
**COLUMBIA** [1] - 1:1
**Columbia** [1] - 17:3
**coming** [2] - 13:2, 13:21
**commerce** [1] - 3:20
**commit** [3] - 3:15, 4:22, 13:4
**committed** [3] - 12:14, 13:20, 14:25
**commodity** [1] - 3:20
**community** [6] - 10:3, 11:25, 12:18, 13:12, 13:15, 14:7
**complete** [1] - 12:15
**concerned** [1] - 14:17
**concluded** [1] - 16:25
**conditions** [1] - 11:13
**conduct** [3] - 3:21, 7:19, 8:3
**Conference** [1] - 17:5
**conformance** [1] - 17:4
**consistency** [2] - 3:12, 3:23
**Constitution** [1] - 1:24
**contact** [3] - 3:14, 4:21, 15:7
**contempt** [1] - 16:20
**continue** [1] - 6:9
**continued** [2] - 11:13, 15:20
**convicted** [2] - 12:8, 12:13
**convictions** [2] - 12:17, 13:10
**convinced** [1] - 15:18
**convincing** [3] - 11:20, 13:13, 15:19
**Coral** [1] - 2:9
**cost** [1] - 14:18
**counsel** [5] - 10:15, 10:19, 15:23, 16:4, 16:10
**Count** [13] - 6:16, 6:19, 6:22, 6:25, 7:4, 7:7, 7:10, 7:14, 7:19, 7:24, 8:3, 8:7, 8:11
**Court** [13] - 1:23, 3:1, 4:23, 10:3, 11:18, 11:20, 12:1, 12:4,

13:15, 14:6, 15:18, 17:2, 17:2
**court** [5] - 5:16, 5:25, 16:11, 16:12, 16:23
**COURT** [27] - 1:1, 3:7, 3:24, 4:9, 4:11, 5:3, 5:8, 5:13, 5:15, 5:20, 6:13, 8:19, 8:21, 10:3, 10:9, 10:13, 10:22, 10:25, 11:2, 11:9, 12:6, 13:17, 14:21, 15:18, 16:18, 16:23, 17:9
**Court's** [3] - 15:25, 16:2, 16:13
**crimes** [4] - 12:13, 12:14, 13:10, 13:19
**Criminal** [1] - 3:3
**crowd** [1] - 15:5
**CRR** [1] - 17:8
**current** [1] - 10:13

### D

**danger** [5] - 11:21, 11:25, 13:12, 14:8, 14:9
**Dated** [1] - 17:6
**dated** [1] - 5:16
**DAY** [1] - 1:10
**days** [2] - 10:14, 12:22
**DC** [3] - 1:12, 1:19, 1:24
**decision** [1] - 15:16
**Defendant** [2] - 3:4, 3:5
**defendant** [1] - 11:11
**DEFENDANT** [3] - 2:1, 2:4, 2:8
**Defendants** [2] - 1:8, 12:1
**defendants** [13] - 3:24, 10:10, 10:19, 11:9, 11:14, 11:18, 12:5, 12:7, 12:13, 12:18, 13:11, 15:20, 15:21
**defendants'** [1] - 11:24
**defense** [1] - 12:3
**deliberations** [2] - 6:9, 16:6
**democracy** [1] - 13:6
**democratic** [1] - 13:1
**demonstrating** [1] - 8:11
**denied** [1] - 5:3
**DEPUTY** [7] - 3:3, 5:17, 6:14, 8:22, 9:1,

10:1, 16:24
**detain** [2] - 12:1, 13:16
**detained** [2] - 11:18, 11:20
**detention** [1] - 11:23
**difference** [1] - 4:13
**Diplomate** [1] - 1:22
**disagree** [2] - 13:18, 14:23
**discuss** [1] - 10:10
**dismissed** [2] - 10:7, 15:24
**dismissing** [1] - 15:8
**disorder** [5] - 3:20, 6:16, 6:23, 7:1, 12:10
**disorderly** [2] - 7:19, 8:3
**disregard** [1] - 12:15
**disruptive** [1] - 7:19
**District** [2] - 17:2
**DISTRICT** [3] - 1:1, 1:1, 1:10
**Dodge** [1] - 1:15
**done** [1] - 14:24
**down** [1] - 6:6
**draft** [2] - 3:8, 3:9
**drug** [1] - 14:4
**dual** [1] - 14:8
**due** [1] - 13:10
**during** [7] - 6:16, 6:22, 6:25, 12:9, 14:9, 14:10, 16:6
**duty** [1] - 13:8
**DYLAN** [1] - 2:2

### E

**easy** [1] - 6:7
**ECF** [1] - 4:23
**either** [5] - 3:14, 3:19, 4:7, 4:20
**election** [4] - 12:12, 13:2, 13:21, 13:22
**element** [2] - 4:25, 5:2
**end** [2] - 3:18, 13:8
**enforcement** [2] - 12:16, 14:3
**engaging** [1] - 7:24
**entering** [1] - 7:14
**entire** [1] - 14:2
**entitled** [1] - 17:4
**entrepreneur** [1] - 14:5
**environment** [1] - 15:14
**et** [1] - 6:15
**event** [1] - 13:5
**evidence** [5] - 11:21,

12:20, 13:13, 13:24, 15:19
**except** [1] - 4:3
**excused** [1] - 10:7
**exercised** [1] - 15:20
**Exhibit** [1] - 13:8
**explain** [1] - 5:23
**explaining** [1] - 4:12
**explored** [1] - 16:6
**expressed** [2] - 12:22, 13:4

### F

**face** [1] - 12:19
**failed** [1] - 12:24
**family** [2] - 14:7, 14:12
**Federal** [1] - 17:2
**federal** [1] - 1:23
**FEDERAL** [1] - 17:9
**federally** [1] - 3:21
**felonies** [2] - 12:8, 13:11
**felony** [2] - 3:15, 4:22
**few** [1] - 13:2
**figure** [1] - 16:4
**fine** [2] - 11:6, 12:23
**Firm** [1] - 2:5
**first** [5] - 3:18, 4:3, 6:11, 13:17, 14:1
**first-time** [1] - 14:1
**Flagler** [1] - 2:2
**flee** [1] - 11:21
**flight** [4] - 11:25, 12:18, 13:13, 13:15
**Floor** [1] - 2:2
**Florida** [2] - 2:3, 2:10
**followed** [1] - 15:5
**following** [2] - 10:18, 12:22
**FOR** [5] - 1:1, 1:14, 2:1, 2:4, 2:8
**force** [1] - 12:15
**foregoing** [1] - 17:3
**foreperson** [1] - 5:21
**form** [1] - 5:22
**format** [1] - 17:4
**free** [1] - 14:19
**function** [1] - 3:21

### G

**Gbatu** [1] - 15:3
**GEORGE** [2] - 2:2, 2:9
**George** [2] - 2:8, 4:1
**government** [11] - 3:14, 3:19, 3:22, 5:5,

11:7, 11:16, 13:19, 13:21, 13:23, 14:16
**GOVERNMENT** [1] - 1:14
**government's** [2] - 11:15, 12:5
**granted** [1] - 5:8
**gravity** [1] - 12:24
**GREGORY** [2] - 1:6, 2:1
**Gregory** [20] - 3:4, 6:15, 6:17, 6:21, 6:24, 7:2, 7:6, 7:12, 7:16, 7:21, 8:1, 8:5, 8:9, 8:13, 12:2, 12:7, 12:21, 13:3, 13:14, 15:21
**grounds** [4] - 7:15, 7:20, 7:25, 8:8
**guilty** [26] - 6:18, 6:21, 6:24, 7:3, 7:6, 7:9, 7:12, 7:13, 7:16, 7:17, 7:18, 7:21, 7:22, 7:23, 8:1, 8:2, 8:5, 8:6, 8:10, 8:13, 8:14, 8:15, 11:19
**guy** [2] - 15:11, 15:13
**guys** [1] - 15:1

### H

**half** [2] - 10:24, 11:1
**hand** [2] - 5:21, 5:23
**hands** [1] - 10:6
**happy** [1] - 14:6
**held** [1] - 15:22
**helps** [1] - 16:4
**hereby** [1] - 17:3
**highlight** [3] - 4:8, 4:17
**homes** [1] - 14:13
**Honor** [12] - 3:11, 4:1, 4:19, 8:20, 10:1, 11:1, 11:6, 11:8, 11:16, 14:14, 14:22, 14:23
**HONORABLE** [1] - 1:10
**hopefully** [2] - 6:2, 6:5
**hours** [1] - 12:22

### I

**immediately** [1] - 15:5
**impeding** [3] - 6:19, 7:4, 7:7
**important** [1] - 4:19

**impossible** [1] - 13:23
**incarceration** [1] - 12:19
**incident** [1] - 16:10
**include** [1] - 16:16
**including** [1] - 12:8
**increase** [1] - 12:17
**increased** [2] - 13:11, 13:12
**indicate** [1] - 8:23
**individual** [1] - 8:23
**injury** [1] - 15:9
**instruction** [4] - 4:5, 4:6, 4:16, 4:23
**intent** [2] - 3:15, 4:22
**interaction** [2] - 15:2, 15:3
**involved** [2] - 15:2, 15:3
**Isaak** [2] - 2:5, 5:13
**ISAAK** [2] - 2:5, 5:14
**issues** [2] - 14:3, 14:9
**italicized** [1] - 4:5
**italicizing** [1] - 4:12

### J

**January** [6] - 12:22, 13:3, 13:4, 13:24, 14:25, 16:10
**job** [2] - 6:7, 15:13
**JR** [2] - 1:6, 2:1
**Jr** [15] - 6:15, 6:18, 6:21, 6:24, 7:2, 7:6, 7:12, 7:16, 7:21, 8:1, 8:5, 8:9, 8:13, 12:2, 12:7
**JUDGE** [1] - 1:10
**Judge** [7] - 4:3, 5:4, 5:9, 5:14, 10:20, 13:18, 14:22
**judge's** [1] - 16:22
**judgment** [1] - 15:19
**Judicial** [1] - 17:5
**June** [2] - 1:11, 17:6
**Juror** [10] - 6:5, 6:6, 9:2, 9:4, 9:6, 9:8, 9:10, 9:12, 9:14, 9:16
**juror** [6] - 9:18, 9:20, 9:22, 9:24, 16:16, 16:18
**jurors** [4] - 8:18, 15:24, 15:25, 16:11
**jury** [15] - 3:2, 3:7, 3:8, 4:24, 5:24, 6:1, 6:3, 6:4, 6:8, 6:9, 8:16, 8:21, 8:22, 10:1, 10:5

**JURY** [1] - 1:10
**Jury** [2] - 5:19, 10:8
**jury's** [1] - 14:23
**justified** [1] - 12:24

**K**

**kind** [1] - 3:13
**knows** [1] - 16:12
**KYLE** [1] - 1:18

**L**

**lack** [3] - 12:15, 13:11, 13:23
**LAMBERTH** [1] - 1:10
**language** [2] - 4:15, 5:6
**last** [1] - 16:7
**Law** [1] - 2:5
**law** [4] - 4:24, 12:15, 12:16, 14:3
**Lawyers** [1] - 2:1
**LEA** [1] - 2:5
**lettering** [1] - 4:5
**likely** [2] - 11:21, 11:24
**line** [1] - 6:6
**lives** [1] - 14:12
**local** [3] - 15:24, 16:1, 16:19
**look** [1] - 6:11
**LYNNETT** [1] - 1:15

**M**

**matter** [1] - 17:4
**Matthew** [7] - 3:5, 7:17, 7:22, 8:5, 8:14, 10:17, 11:11
**MATTHEW** [2] - 1:6, 2:4
**McWATERS** [2] - 1:18, 3:11
**MELISSA** [1] - 2:5
**member** [1] - 16:11
**Members** [1] - 8:22
**mentions** [1] - 13:21
**Miami** [2] - 2:3, 2:10
**might** [2] - 10:17, 13:7
**minimized** [1] - 12:25
**misdemeanors** [1] - 11:12
**moment** [1] - 10:5
**monitor** [1] - 14:18
**Montgomery** [1] - 2:6

**month** [2] - 10:24, 11:1
**months** [2] - 10:25, 13:3
**MORAN** [1] - 1:18
**morning** [1] - 4:1
**mostly** [1] - 13:5
**MR** [17] - 3:11, 4:1, 4:10, 4:14, 5:4, 5:9, 5:11, 8:20, 10:20, 10:23, 11:1, 11:6, 11:8, 13:18, 14:22, 16:16, 16:21
**MS** [4] - 5:14, 11:7, 11:16, 12:7
**multiple** [1] - 12:8
**must** [4] - 4:19, 4:20, 4:21, 4:24

**N**

**Nebraska** [1] - 1:16
**necessarily** [1] - 11:12
**need** [2] - 4:8, 13:7
**needs** [1] - 14:14
**nephew** [1] - 15:5
**never** [4] - 13:25, 14:1, 14:2, 16:3
**new** [1] - 16:5
**New** [1] - 14:13
**NO** [1] - 1:5
**none** [2] - 15:8, 15:9
**normally** [2] - 14:9, 16:7
**note** [4] - 3:7, 3:8, 3:18, 4:19
**number** [3] - 3:7, 3:9, 8:22
**NW** [1] - 1:18, 1:24

**O**

**object** [2] - 4:14, 5:6
**objection** [3] - 3:10, 3:11, 4:18
**obstructing** [5] - 6:16, 6:22, 6:25, 12:9, 12:10
**obstruction** [1] - 7:10
**obviously** [2] - 14:14, 14:23
**October** [6] - 10:21, 10:23, 11:2, 11:4, 11:10, 13:22
**OF** [3] - 1:1, 1:3, 1:10
**offender** [1] - 14:1
**offense** [3] - 4:25, 5:2, 11:19

**office** [1] - 1:14
**Office** [1] - 1:17
**Officer** [1] - 15:3
**officers** [11] - 6:16, 6:20, 6:22, 6:25, 7:5, 7:8, 12:9, 12:21, 12:25, 15:7
**Official** [2] - 1:23, 17:2
**official** [2] - 7:10, 12:10
**OFFICIAL** [1] - 17:9
**Omaha** [1] - 1:16
**One** [1] - 3:4
**one** [3] - 3:7, 4:14, 16:10
**open** [1] - 5:25
**oppose** [1] - 4:4
**order** [1] - 11:19
**Order** [1] - 3:1
**original** [1] - 17:3
**overruled** [1] - 4:9
**own** [1] - 14:13
**owner** [1] - 14:5

**P**

**P.A** [1] - 2:8
**p.m** [10] - 1:11, 5:18, 10:12, 10:17, 10:18, 11:3, 11:4, 11:10, 16:25
**page** [1] - 17:4
**Pallas** [3] - 2:8, 4:2, 14:21
**PALLAS** [11] - 2:9, 4:1, 4:10, 4:14, 5:4, 5:9, 8:20, 11:6, 14:22, 16:16, 16:21
**parading** [1] - 8:11
**part** [1] - 4:3
**particularly** [1] - 15:1
**party** [2] - 3:10, 6:2
**passed** [1] - 14:4
**passport** [2] - 14:5, 14:14
**Pause** [1] - 6:12
**pay** [1] - 14:18
**peaceful** [2] - 12:11, 13:5
**pending** [6] - 14:2, 14:10, 14:20, 15:15, 15:17, 15:22
**people** [3] - 5:1, 15:1
**performance** [1] - 3:21
**period** [2] - 12:19, 14:10
**permission** [3] -

15:25, 16:1, 16:19
**person** [3] - 11:19, 11:21, 11:22
**physical** [4] - 3:14, 4:21, 7:24, 8:7
**picketing** [1] - 8:11
**Plaintiff** [1] - 1:4
**Plumber** [1] - 15:12
**PO** [1] - 2:6
**point** [4] - 11:23, 12:4, 13:25, 14:12
**points** [1] - 4:14
**poll** [2] - 6:4, 8:19
**polled** [3] - 6:3, 8:21, 10:1
**poor** [2] - 15:19, 15:20
**pose** [1] - 11:21, 12:18, 13:11, 14:8
**poses** [1] - 14:9
**power** [1] - 12:11
**prefer** [1] - 12:4
**present** [1] - 5:19
**presidential** [1] - 12:12
**presumption** [1] - 11:23
**probation** [1] - 10:13
**problem** [1] - 4:3
**proceed** [2] - 12:4, 12:6
**proceeding** [2] - 7:10, 12:10
**Proceedings** [1] - 16:25
**proceedings** [1] - 10:11
**process** [2] - 5:24, 13:1
**Produced** [1] - 1:25
**proposed** [2] - 3:9, 3:10
**protected** [1] - 3:21
**prove** [4] - 3:14, 3:16, 3:19, 3:22
**provision** [1] - 11:18
**pull** [1] - 15:14
**PURDY** [4] - 1:6, 1:6, 2:1, 2:4
**Purdy** [30] - 3:4, 3:5, 6:15, 6:18, 6:21, 6:24, 7:2, 7:6, 7:12, 7:16, 7:17, 7:21, 7:22, 8:1, 8:5, 8:6, 8:9, 8:13, 8:14, 11:11, 12:2, 12:7, 12:21, 13:3, 13:14, 13:25, 14:16, 14:17, 14:19, 15:21
**pursuant** [1] - 11:17
**put** [1] - 5:6

**Q**

**quote** [2] - 13:5, 13:8

**R**

**rack** [1] - 15:4
**RDR** [1] - 17:8
**RDR-CRR** [1] - 17:8
**Read** [1] - 4:6
**read** [6] - 4:15, 6:1, 6:5, 6:10, 6:13, 8:17
**reads** [1] - 5:25
**ready** [1] - 3:8
**really** [2] - 14:25, 15:2
**Realtime** [1] - 1:23
**reasons** [2] - 14:19, 16:5
**received** [1] - 3:8
**recent** [1] - 16:9
**recess** [3] - 5:16, 10:9, 16:23
**Recessed** [2] - 5:18, 10:12
**recognize** [1] - 12:24
**record** [2] - 3:3, 17:4
**Record** [1] - 1:25
**Reeves** [2] - 17:2, 17:8
**REEVES** [2] - 1:22, 17:8
**Registered** [1] - 1:22
**regulations** [1] - 17:4
**remain** [1] - 15:16
**remaining** [1] - 7:14
**remanded** [1] - 15:21
**remember** [1] - 15:2
**remembered** [1] - 15:9
**remorse** [2] - 13:11, 13:23
**report** [1] - 10:14
**Reporter** [4] - 1:22, 1:23, 1:23, 17:2
**REPORTER** [1] - 17:9
**request** [8] - 5:3, 5:4, 5:8, 5:10, 6:3, 8:19, 11:15, 11:16
**required** [4] - 3:14, 3:16, 3:19, 3:22
**requirement** [1] - 10:13
**resisting** [3] - 6:19, 7:4, 7:7
**respect** [1] - 14:22
**respected** [1] - 13:6
**response** [5] - 3:9,

3:10, 3:12, 3:13, 3:18
**rest** [1] - 15:6
**restricted** [3] - 7:14, 7:20, 7:25
**retire** [1] - 6:8
**returned** [1] - 16:3
**RICHARD** [2] - 1:6, 2:1
**Richard** [16] - 6:15, 6:17, 6:21, 6:24, 7:2, 7:6, 7:12, 7:16, 7:21, 8:1, 8:5, 8:9, 8:13, 12:2, 12:7, 13:14
**rise** [2] - 5:17, 16:24
**risk** [6] - 11:25, 12:17, 12:18, 13:12, 13:15
**Robert** [17] - 3:5, 4:2, 7:3, 7:9, 7:13, 7:17, 7:22, 8:2, 8:6, 8:10, 8:14, 12:2, 12:8, 12:20, 13:14, 15:1
**ROBERT** [2] - 1:6, 2:8
**room** [2] - 6:8, 10:5
**ROYCE** [1] - 1:10
**rule** [2] - 12:16, 16:22
**rules** [3] - 15:24, 16:1, 16:19

## S

**safety** [1] - 11:22
**sake** [1] - 3:23
**schedule** [1] - 10:11
**seated** [1] - 5:20
**second** [1] - 3:12
**Section** [1] - 11:17
**seek** [2] - 16:1, 16:17
**send** [1] - 5:15
**sentence** [2] - 3:18, 4:11
**sentencing** [6] - 10:16, 13:22, 14:20, 15:15, 15:17, 15:22
**September** [2] - 10:15, 10:16
**service** [1] - 10:4
**shake** [1] - 10:6
**shall** [1] - 11:18
**short** [1] - 10:9
**show** [4] - 4:12, 11:24, 12:15, 13:13
**showed** [2] - 15:10
**shows** [1] - 12:20
**sign** [1] - 5:15
**significant** [1] - 12:19
**similar** [1] - 3:17

**six** [2] - 4:25, 5:1
**solid** [1] - 15:12
**someone** [2] - 14:9, 16:21
**sometimes** [1] - 16:4
**SONJA** [2] - 1:22, 17:8
**Sonja** [2] - 17:2, 17:8
**specific** [1] - 5:11
**staff** [2] - 16:11, 16:12
**state** [1] - 15:23
**statement** [2] - 3:13, 12:5
**statements** [1] - 12:23
**STATES** [2] - 1:1, 1:3
**States** [6] - 1:14, 1:17, 3:4, 6:14, 17:2, 17:5
**stating** [1] - 13:5
**status** [2] - 10:10, 15:16
**Stenographic** [1] - 1:25
**stenographic** [1] - 17:3
**still** [1] - 13:6
**Street** [3] - 1:15, 1:18, 2:2
**subject** [1] - 11:12
**suggest** [1] - 15:12
**suggestions** [1] - 3:25
**Suite** [1] - 1:15
**Supreme** [1] - 4:23

## T

**technically** [1] - 12:14
**ten** [1] - 16:7
**terms** [1] - 13:25
**terrace** [1] - 15:4
**test** [1] - 14:4
**testify** [1] - 12:5
**THE** [29] - 1:1, 1:10, 1:14, 3:7, 3:24, 4:9, 4:11, 5:3, 5:8, 5:13, 5:15, 5:20, 6:13, 8:19, 8:21, 9:1, 10:3, 10:9, 10:13, 10:22, 10:25, 11:2, 11:9, 12:6, 13:17, 14:21, 15:18, 16:18, 16:23
**therefore** [2] - 13:10, 13:15
**third** [1] - 4:18
**threat** [1] - 13:14
**Three** [1] - 3:5

**three** [1] - 11:9
**ties** [2] - 14:7
**Title** [1] - 11:17
**Today** [1] - 13:5
**today** [1] - 13:7
**town** [1] - 16:14
**Transcript** [1] - 1:25
**transcript** [3] - 17:3, 17:3, 17:4
**TRANSCRIPT** [1] - 1:10
**transfer** [1] - 12:11
**trial** [3] - 14:10, 16:5
**TRIAL** [1] - 1:10
**true** [1] - 17:3
**truth** [1] - 14:11
**turn** [1] - 14:6
**turned** [1] - 14:15
**Turner** [18] - 3:6, 4:2, 7:3, 7:9, 7:13, 7:17, 7:23, 8:2, 8:6, 8:10, 8:14, 12:2, 12:8, 12:20, 13:14, 15:1, 15:2, 15:21
**TURNER** [2] - 1:7, 2:8
**Two** [1] - 3:5
**two** [6] - 3:9, 4:14, 5:5, 10:18, 10:25, 11:14
**type** [1] - 15:9

## U

**U.S.C** [14] - 6:17, 6:20, 6:23, 7:1, 7:5, 7:8, 7:11, 7:15, 7:20, 7:25, 8:4, 8:8, 8:12, 11:17
**unanimity** [2] - 4:22, 5:11
**unanimous** [8] - 4:19, 4:20, 4:21, 4:24, 5:2, 6:8, 6:9, 10:2
**under** [3] - 11:18, 15:23, 15:25
**UNITED** [2] - 1:1, 1:3
**United** [6] - 1:14, 1:17, 3:4, 6:14, 17:2, 17:5
**unless** [2] - 4:11, 11:20
**up** [2] - 13:2, 13:21
**upper** [1] - 15:4

## V

**verdict** [40] - 5:21, 5:22, 5:25, 6:1, 6:3, 6:5, 6:8, 6:11, 6:13,

6:17, 6:20, 6:23, 7:2, 7:3, 7:5, 7:8, 7:12, 7:13, 7:16, 7:17, 7:21, 7:22, 8:1, 8:2, 8:4, 8:5, 8:6, 8:9, 8:10, 8:13, 8:14, 8:16, 8:23, 10:2, 14:23, 16:2, 16:4
**versus** [2] - 3:4, 6:15
**video** [1] - 15:10
**violated** [1] - 13:25
**violation** [14] - 6:17, 6:20, 6:23, 7:1, 7:5, 7:8, 7:11, 7:15, 7:20, 7:25, 8:4, 8:8, 8:12, 16:19
**violence** [7] - 7:24, 8:7, 12:14, 12:23, 13:5, 13:19, 14:25
**violent** [2] - 12:15, 13:3
**vs** [1] - 1:5

## W

**WAGNER** [4] - 1:15, 11:7, 11:16, 12:7
**wait** [1] - 10:5
**Washington** [3] - 1:12, 1:19, 1:24
**wear** [1] - 14:17
**week** [2] - 10:14, 10:15
**West** [1] - 2:2
**west** [1] - 15:4
**willing** [1] - 14:17
**willingness** [1] - 13:4
**words** [1] - 4:20
**works** [3] - 5:24, 11:7, 15:13
**world** [1] - 14:13

## Y

**years** [1] - 16:8
**York** [1] - 14:13