UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 22-cr-19 (RCL) |
| v. : | |
| : | |
| GREGORY RICHARD PURDY, JR, : | |
| MATTHEW PURDY, and : | |
| ROBERT TURNER, : | |
| : | |
| Defendants. : | |

**PROPOSED ORDER**

Upon consideration of the United States' unopposed motion to dismiss Count 7 of the Superseding Indictment, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Count 7 of the Superseding Indictment, which charged the defendants Gregory Richard Purdy, Jr. and Robert Turner with Obstruction of an Official Proceeding, in violation of 18 U.S.C. §§ 1512(c)(2) and 2, is hereby dismissed.

Date: _____

HON. ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE