UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 1:22-cr-19-RCL |
| GREGORY RICHARD PURDY, *et al.*, | |
| Defendants. | |

## ORDER

Sentencing for each of the three co-defendants in this case was originally scheduled for October 18, 2024. On September 25, the attorneys for Defendants Gregory Purdy and Robert Turner filed motions to withdraw. ECF Nos. 232, 235. On October 11, Mr. Gregory Purdy and Mr. Robert Turner filed a Joint Motion to Convert Hearing [ECF No. 246], asking this Court to convert the in-person sentencing to a virtual status conference, during which both defendants could terminate their legal representation and proceed pro se with standby counsel.[1] The government filed an opposition to the Motion to Convert, instead requesting that a *Faretta* inquiry simply occur at the outset of the sentencing hearing. But before resolving these motions, given unforeseen and unavoidable conflicts of the part of the Court, the sentencing date was vacated, to be rescheduled to a later date. ECF No. 255.

Since then, Mr. Gregory Purdy and Mr. Robert Turner have each filed Motions for Release from Custody Pending Sentencing. ECF Nos. 256, 257. On November 22, the government filed a motion to schedule a sentencing date, ECF No. 259, with a corresponding memorandum

---

[1] Mr. Gregory Purdy and Mr. Robert Turner have had four rounds of lawyers in this matter.

opposing Mr. Robert Turner's release from custody pending sentencing, ECF No. 260.[2] On November 25, Mr. Gregory Purdy filed a response, re-emphasizing that he opposes scheduling *any* sentencing date—but in any event, that the Court must resolve the pending Motion to Withdraw as Counsel so he can submit his own objections to the Presentence Investigation Report (PSR). ECF No. 262.

To address these pending motions, the Court first observes that the two Motions for Release from Custody Pending Sentencing are completely devoid of any legal authority for such a request. The motions rest entirely on the possibility of clemency when President-elect Trump transitions into office. But reliance on the pardon power as a justification for premature release from custody is misplaced. As with any other defendant in any federal district court across the country, whether either Mr. Gregory Purdy or Mr. Robert Turner receive a pardon is a decision solely in the hands of the Executive, as the Constitution prescribes. Such a decision has nothing to do with the proceedings of this Court. In setting a sentencing date and determining an appropriate sentence, the Court will be guided by the rule of law, not by political considerations or the possibility of a presidential pardon.

As a result of the unavoidable and unrelated delays that initially postponed the sentencing date in this case, it has now been over five months since the jury handed down the verdicts for each of these defendants. The Court is now able to set a sentencing date. The Court will conduct *Faretta* inquiries for both Mr. Gregory Purdy and Mr. Robert Turner to ensure that they are each making a knowing and voluntary waiver of their right to counsel. Upon the conclusion of that

---

[2] It is not clear to the Court why the government only filed an opposition to Mr. Turner's motion for release from custody without also naming Mr. Gregory Purdy.

inquiry, the Court will resolve any other outstanding issues and pending motions, and will then proceed to sentencing.

With all of these considerations in mind, it is hereby

**ORDERED** that Gregory Purdy's Motion for Release from Custody Pending Sentencing, ECF No. 257, is **DENIED**;

**ORDERED** that Robert Turner's Motion for Release from Custody Pending Sentencing, ECF No. 256, is **DENIED;**

**ORDRED** that Gregory Purdy and Robert Turner's Joint Motion to Convert Hearing, ECF No. 246, is **DENIED**; and

**ORDERED** that the government's Motion to Schedule a Sentencing Date as to Gregory Purdy, Matthew Purdy, and Robert Turner, ECF No. 259, is **GRANTED**. Sentencing is scheduled for **Monday, December 9, 2024,** at 10:00 am, in-person, in Courtroom 15.

**IT IS SO ORDERED.**

Date: 11-25-24

Royce C. Lamberth
United States District Judge