UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | | |
| | : | | |
| v. | : | CASE NO. 1:22-CR-19 (RCL) | |
| | : | | |
| GREGORY RICHARD PURDY, JR., | : | | |
| MATTHEW PURDY, and | : | | |
| ROBERT TURNER, | : | | |
| | : | | |
| Defendants. | : | | |

## NOTICE OF PROVIDING VIDEO EXHIBITS PER RULE 49

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order (ECF No. 8), of the following trial exhibits, provided to the Court and counsel, to be used by the government in the sentencing in the above matter. The videos were all introduced as exhibits at the trial in this matter. ECF No. 211. The exhibits were referenced in the government's sentencing memoranda. ECF Nos. 266, 267, 268. The government plans to publish several, but not all, of these exhibits at the sentencing hearing. The evidence is available to the Court and counsel electronically via USAfx. The government does not object to the exhibits being released to the public.

| Sentencing Exhibit #, Corresponds with file name | Source Trial Exhibit Number | Length/Relevant Portion (in parentheses if Applicable) | Location Depicted/Description |
|---|---|---|---|
| **Ex 1_411.1.mp4** | Instagram video, Trial Ex. 411.1 | Video time 00:00 – 00:12 | Enroute to U.S. Capitol Gregory Purdy "We're not letting this steal happen…" |
| **Ex 2_503.1.mp4** | Open source, "@nigrotime 2021", Trial Ex. 503.1 | Video time 00:00 – 00:55; and Video time 02:16 – 02:24 | West Lawn, Near Bottom of North West Staircase |

| | | | |
|---|---|---|---|
| Ex 3_601.3.mp4 | Officer A.G. Body Worn Camera, Trial Ex. 601.3 | Video time 00:17 – 01:07 | West Lawn, Near Bottom of North West Staircase |
| Ex 4_602.2.mp4 | Officer B.B. Body Worn Camera, Trial Ex. 602.2 | Video time 00:25 - 00:54 | West Lawn, Near Bottom of North West Staircase |
| Ex 5_415.mp4 | Instagram video, Trial Ex. 415 | All (15 seconds) | West Lawn, Near Bottom of North West Staircase |
| Ex 6_416.mp4 | Instagram video, Trial Ex. 416 | All (5 seconds) | West Lawn, Near Bottom of North West Staircase "Peep my war cry at the end as we push through this riot team after they didn't listen to us..." |
| Ex 7_414.mp4 | Instagram video, Trial Ex. 414 | All (20 seconds) | West Lawn, Near Bottom of North West Staircase Combination of Ex 6_416.mp4 and Ex 7_414.ppm4 |
| Ex 8_506.2.mp4 | Open source video, Trial Ex. 506.2 | Video time 00:55 - 1:12, and Video time 01:35 – 02:13, and Video time 02:35 – 02:56 | North West Staircase |
| Ex 9_417.1.mp4 | Instagram video, Trial Ex. 417.1 | All (18 seconds) | North West Staircase "…We're not gonna let them do this to us." |
| Ex 10_420.1.mp4 | R. Turner Instagram video, Trial Ex. 420.1 | Video time 00:00 - 00:25 | North West Staircase |
| Ex 11_422.mp4 | G. Purdy Instagram video, Trial Ex. 422 | Video time 00:00 – 00:06 | North West Staircase Walking over barricades, with narrative "This was just after we pushed the top level gates over…"we easily pushed through them and they all ran!!!" |

| Ex 12_303.9.mp4 | U.S. Capitol. surveillance video, Trial Ex. 303.9 | Video time 01:08 – 01:20 | Senate Wing Doors |
|---|---|---|---|
| Ex 13_303.10.mp4 | Open source video, Trial Ex. 303.10 (synced with U.S. Capitol video) | Video time 01:08 – 01:20, and Video time 1:57 - 02:09 | Senate Wing Doors |
| Ex 14_424.mp4 | Instagram video, Trial Ex. 424 | All (12 seconds) | Senate Hallways "Inside the capital getting tear gassed!..." |
| Ex 15_604.6.mp4 | Officer S.M. Body Worn Camera, Trial Ex. 604.6 | Video time 00:12 – 00:32 | Upper West Terrace |
| Ex 16_603.9.mp4 | Officer C.K. Body Worn Camera, Trial Ex. 603.9 | Video time 03:25 – 04:00 | Upper West Terrace |
| Ex 17_606.12.mp4 | Officer A.S. Body Worn Camera, Trial Ex. 606.12 | Video time 01:28 – 01:58 | Upper West Terrace |
| Ex 18_511.2.mp4 | Open source video, Trial Ex. 511.2 | All (42 seconds) | Upper West Terrace |
| Ex 19_431.1.mp4 | Instagram video, Trial Ex. 431.1 | Video time 00:28 – 00:33 | In car after riot "…for these Congressmen to make the right decision." |
| Ex 20_425.mp4 | Instagram video Trial Ex. 425 | Video time 00:11 – 00:16 | Upper West Terrace Video of Officers A.S., S.M. and C.K in police line |
| Ex 21_426.1.mp4 | Instagram video, Trial Ex. 426.1 | Video time 00:00 – 00:13 | In car after riot "do a peaceful push, right? We're getting everybody pumped up…" Countdown. |
| Ex 22_427.1.mp4 | Instagram video, Trial Ex. 427.1 | All (15 seconds) | In car after riot "…Wouldn't force be kind of necessary? . . . we did peaceful pushing…" |
| Ex 23_428.1.mp4 | Instagram video, Trial Ex. 428.1 | Video time 00:00 – 00:12 | In car after riot "…revolutions |

3

| | | | |
|---|---|---|---|
| | | | happen when f*****g government officials don't follow the law." "I call for a revolution." |
| **Ex 24_429.1.mp4** | Instagram video, Trial Ex. 429.1 | All (15 seconds) | In car after riot "no, we had enough people,…" |
| **Ex 25_430.1.mp4** | Instagram video, Trial Ex. 430.1 | All (13 seconds) | In car after riot …"I felt like I was getting a good push…." |

        Respectfully Submitted,

        UNITED STATES OF AMERICA,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY D.C.
        D.C. Bar No. 481052

BY:    */s/ Lynnett M. Wagner*
        Lynnett M. Wagner
        Assistant United States Attorney
        Nebraska Bar No. 21606
        Kyle M. McWaters
        D.C. Bar No. 481052
        United States Attorney's Office
        District of Columbia
        601 D Street, N.W.
        Washington, DC 20530
        Phone: (402) 661-3700
        lynnett.m.wagner@usdoj.gov
        Kyle.mcwaters@usdoj.gov