# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 1:22-cr-00019
)
MATTHEW PURDY )

## NOTICE OF APPEAL

Name and address of appellant: **MATTHEW PURDY**

Name and address of appellant's attorney:
MELISSA ISAAK
2815 ZELDA ROAD, STE B
MONTGOMERY, ALABAMA 36106

Offense: Disorderly Conduct in a Capitol Building, 40 U.S.C. § 5104(e)(2)(D) & Parading, Demonstrating, or Picketing in a Capitol Buidling, 40 U.S.C. § 5104(e)(2)(G)

Concise statement of judgment or order, giving date, and any sentence:

On June 11, 2024, Mr. Purdy was properly acquitted of both 18 U.S.C. § 1752(a)(1) and § 1752(a)(1) and was found guilty for violations of 40 U.S.C. § 5104(e)(2)(D) and § 5104(e)(2)(G), for which he received a sentence of ninety (90) days, with his terms to run concurrently. Although the government did not object to a surrender date, Mr. Purdy was immediately remanded to the custody of the United States Marshals on the date of sentencing, December 6, 2024.

Name and institution where now confined, if not on bail:  Grayson County Detention Center

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

December 19, 2024
DATE

p.p. /s/ Matthew Purdy
Melissa Isaak, Appellant's Attorney
APPELLANT

*Melissa Isaak*
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [ ]
PAID USDC FEE [ ]
PAID USCA FEE [✔]

Does counsel wish to appear on appeal?   YES [✔]   NO [ ]
Has counsel ordered transcripts?   YES [✔]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [ ]   NO [✔]